| FORM NLRB (Check One) charge copy | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD EMPLOYER | Case 2-CA-39988 | Date Filed 6/22/10 | DO NOT WRITE IN THIS SPACE CHARGE AGAINST |

INSTRUCTIONS: File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer: **Pre School of America**

b. Number of workers employed: **30**

c. Address (street, city, state, ZIP code): **101 West End Avenue, N.Y., N.Y. 10023**

d. Employer Representative: **Joanna San**

e. Telephone No: **(212) 362-0135**
Fax: **(212) 362-3905**

f. Type of Establishment (factory, mine, wholesaler, etc.)

g. Identify principal product or service

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) **8 (a) (3)** of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (be specific as to facts, names, addresses, plants involved, dates, places, etc.)

On June 18, 2010, D.C. 1707 AFSCME (Union) filed a representation petition seeking a representation election for employees employed by Pre School of America (Employer). As soon as the Employer learned that the Union had filed a representation petition, it started interrogating employees regarding their union affiliation and forced employees to sign a statement indicating that they had not signed Union authorization cards. By so doing, the Employer has threatened, coerced and intimidated employees and have thus engaged in impermissible conduct under the NLRA.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge (if labor organization, give full name including local name and number)

**District Council 1707, AFSCME**

4a. Address (street and number, city, state, and ZIP code): **75 Varick Street, New York, N.Y. 10013**

4b. Telephone No: **(212) 219-0022**

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

**American Federation of State, County and Municipal Employees**

6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

Law Office of Harvey S. Mars LLC

By: *Harvey S. Mars* (signature of representative or person making charge)

Attorney (title, if any)

Address: **322 West 48th Street, New York, N.Y. 10036**

Telephone: 212-765-4300
Fax: 212-765-2775

Date: June 22, 2010

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)



RECEIVED JUN 2 2 2010 SECOND REGION NEW YORK, N.Y. NLRB

## AFFIDAVIT OF SERVICE

Pre School of America
Attn: Joanna San
101 West End Avenue
New York, NY 10023

       Re: Pre School of America
         Case No. 2-CA-39988

        Audrey Eveillard

[ X ]CHARGE   [   ]PETITION

I certified that I served the above-referenced letter this day by post paid regular mail on the addressee above together with a transmittal letter. This is a true copy.

Subscribed and sworn to by me

_____Bella Pacheco_____

This_____25th_____day of _____June_____2010

_____
Designated Agent