UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
CHARGE AGAINST EMPLOYER

DO NOT WRITE IN THIS SPACE

Case: 2-CA-40107
Date Filed: 9/8/10

INSTRUCTIONS: File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer: Pre School of America

b. Number of workers employed: 30

c. Address (street, city, state, ZIP code): 101 West End Avenue, N.Y., N.Y. 10023

d. Employer Representative: Joanna San

e. Telephone No.: (212) 362-0135
Fax: (212) 362-3905

f. Type of Establishment (factory, mine, wholesaler, etc.)

g. Identify principal product or service

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) __8 (a) (5) and 8 (d)__ of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (be specific as to facts, names, addresses, plant involved, dates, places, etc.)

On August 10, 2010, D.C. 1707 AFSCME (Union) was certified as the exclusive collective bargaining representative of all full-time and regular part-time teaching assistants employed at Preschool of America's (PSA) West End site. On August 11, 2010, the Union requested that negotiations commence.

Today the Union has not received any response from PSA for its demand for bargaining and PSA has thus refused to negotiate as it is required to under the National Labor Relations Act (NLRA). PSA's faillure to bargain constitutes an unfair labor practice under the NLRA.

PSA has also failed and refused to respond to numerous demands for information made by the Union, which is a further violations for the NLRA.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge (if labor organization, give full name, including local name and number):
District Council 1707, AFSCME

4a. Address (street and number, city, state, and ZIP code): 75 Varick Street, New York, N.Y. 10013

4b. Telephone No: (212) 219-0022

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization):
American Federation of State, County and Municipal Employees

## 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

Law Office of Harvey S. Mars LLC

By: Harvey S. Mars
(signature of representative or person making charge)

Title: Attorney

Address: 322 West 48th Street, New York, N.Y. 10036

Telephone: 212-765-4300
Fax: 212-765-2775

Date: September 7, 2010

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT
(U.S. CODE, TITLE 18, SECTION 1001)

RECEIVED SEP - 8 2010 SECOND REGION NEW YORK, N.Y.

## AFFIDAVIT OF SERVICE

Pre School of America
Attn: Joanna San
101 West End Avenue
New York, NY 10023

                        Re:    Pre School of America
                                  Case No. 2-CA-40107

                                  Farrell Tate

[ X ]CHARGE        [ ]PETITION

I certified that I served the above-referenced letter this day by post paid regular mail on the addressee above together with a transmittal letter. This is a true copy.

Subscribed and sworn to by me

_____
                _Lisa Cole_

This____8____day of ____Sept____2010

                                         _____
                                         Designated Agent