FORM NLRB-5168
(2-08)

1  City of New York
2                                           Case Nos. 2-CA-39988
3                                                     2-CA-40056
4  County of New York
5
6                    **Confidential Witness Affidavit**
7
8
9  I, Robin Mauro, being first duly sworn upon my oath, hereby state
10 as follows:
11
12 I have been given assurances by an agent of the National Labor
13 Relations Board that this Confidential Witness Affidavit will be
14 considered a confidential law enforcement record by the Board and
15 will not be disclosed unless it becomes necessary to produce the
16 Confidential Witness Affidavit in connection with a formal
17 proceeding.[1]
18
19 My business address is 101 West End Avenue, New York, New York
20 10023.
21
22 My telephone number is 646.721.8640.
23
24 I am employed by Preschool of America ("the Employer") as the
25 Site Director for the Employer's facility located at 101 West End
26 Avenue, New York, New York 10023.
27
28      1.  I began working for the Employer at its facility at

29 101 West End Ave. ("WE") on about June 7, 2010, but I spent a few

30 days the previous week at the Employer's headquarters on 42nd St.

31 I was offered the position of Site Director on about May 31, 2010

32 by Managing Director Jill Howard ("Howard"), who works at the

33 Employer's 42nd St. office.  During the hiring process, I met with

34 Howard and Employer Chief Executive Director and owner Joanna Fan

---

[1] **PRIVACY ACT STATEMENT**
     Solicitation of the information on this form is authorized by the
National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The
principal use of the information is to assist the National Labor
Relations Board (NLRB) in processing representation and/or unfair labor
practice proceedings and related proceedings or litigation. The routine
uses for the information are fully set forth in the Federal Register, 71
Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these
uses upon request. Disclosure of this information to the NLRB is
voluntary. However, failure to supply the information may cause the NLRB
to refuse to process any further an unfair labor practice or
representation case, or may cause the NLRB to issue you a subpoena and
seek enforcement of the subpoena in federal court.

FORM NLRB-5168
(2-08)

1   ("Fan").  Those interviews took place in about mid-May 2010.  Ms.

2   Fan and Ms. Howard told me that they were interested in hiring me

3   to serve as Site Director for WE.

4       2.   I had served as a Director for a preschool at another

5   employer for about seven years prior to applying to work for the

6   Employer.  The position of Director is fairly standard across

7   employers and involves staffing, parent relations, curriculum

8   development, student enrollment, day-to-day operations of the

9   facility, and marketing.  I have been in the education field for

10   approximately fifteen years.

11       3.   During the interview process, Ms. Fan and Ms. Howard

12   told me that WE had some problems, including a bad director, low

13   enrollment, staff-related issues, and parent complaints.  Ms.

14   Howard told me that the Employer would want me to first focus on

15   the staff at WE but neither told me that I should retain the

16   current staff or replace staff.

17       4.   At WE, I occupy the highest position, superior to the

18   office assistant Kathy Huang ("Huang") as well as the teachers

19   and assistant teachers, comprising about a dozen individuals in

20   each classification, as well as five to ten (5-10) "floaters."

21   Huang does bookkeeping, accounting, scheduling, and payroll.  Her

22   primary function is to process tuition payments from parents.  I

23   am present at WE every weekday, for nine to ten hours. Although I

24   set the basic work schedules for the teachers and assistant

25   teachers, Huang often communicates with those staff about leave

26   or attendance issues, such as if an employee is going to arrive

27   late or needs to leave early.  In such a case, an employee may

FORM NLRB-5168
(2-08)

1   speak to Ms. Huang directly and notify her of the leave.   (There
2   is a form that employees are supposed to fill out and which is
3   supposed to be approved by me before any schedule changes are
4   made, but the employees are not yet using that procedure
5   consistently.)

6        5.   I am the primary decision-maker at WE with respect to
7   personnel decisions.  I have the authority to hire, fire, and
8   discipline employees.

9        6.   The Employer uses printed disciplinary notice forms.
10  As indicated by the second row of those forms, which has check-
11  boxes for first, second, and final warning, the Employer has a
12  policy of progressive discipline, though some infractions, e.g.,
13  violence, may merit more severe discipline immediately.

14       7.   Nearly all of the teachers and assistant teachers at
15  WE work under contracts which state that they are "valid
16  beginning September [$n$] and terminates on August [$n + 1$]."  Those
17  contracts state, in part, "Employees will not be allowed to
18  terminate their contract[s] at any time during the 12-month
19  contract period."

20       8.   When I began working for the Employer at the WE
21  facility, I began reviewing the personnel files for the teachers
22  and assistant teachers there.  For each faculty member, there is
23  a personnel file which is supposed to contain that person's
24  education credentials, copies of licenses and continuing
25  education certificates required by the New York City Department
26  of Health ("DOH"), a resume, letters of recommendation, leave
27  requests, annual evaluations (though none of the files I reviewed

FORM NLRB-5168
(2-08)

1  contained any such evaluations), a fingerprint check, contracts
2  between the Employer and the individual, and disciplinary
3  notices.  I managed to review all of the personnel files and
4  time/attendance records for the WE staff during the first week or
5  so of my employment with the Employer.  It was my main focus at
6  that time.

7      9.   During the first week I spent at WE, I met with each
8  of the teachers and assistant teachers and observed each
9  individual in his or her classroom.  By the end of Friday, June
10  11, 2010, I had decided which staff to retain and which to let
11  go.  However, because of the employees' existing contracts and
12  because of coverage-related issues, including the problem of
13  finding qualified replacements, I did not implement those
14  decisions immediately.  It is standard business practice for a
15  school to reorganize over the summer, in preparation for
16  September, and I intended to follow that practice.  It is also
17  standard business practice for a new Director to review and
18  potentially replace staff.

19     10. As noted above, WE had 12 head teachers and an equal
20  number of assistant teachers.  However, there were only ten
21  classrooms in use at the time I began working at WE and only
22  eleven available for use.  (The enrollment was only sufficient to
23  warrant ten classes in June, but I knew that there would be
24  increased enrollment for the fall and that I would be able to
25  fill the other classrooms.)  Despite having only ten classrooms
26  in use, I felt that there needed to continue to be at least a
27  dozen head teachers and an equal number of assistant teachers

4

FORM NLRB-5168
(2-08)

1   over the summer because of vacation schedules and the like.  With
2   respect to floaters, I determined that the five full-time
3   positions that were at the facility should be converted to ten
4   part-time positions to allow greater flexibility in covering
5   absences and emergencies, as well as to allow implementation of
6   ten-hour classes.

7        11.  The Employer had scheduled to open a new center at 73rd
8   Street and Broadway ("Ansonia") over the 2010 summer.  The goal
9   was to open Ansonia in August, but the date for that opening kept
10  getting delayed.  Because of the planned August opening date for
11  that center, the Director for Ansonia had hired a number of
12  staff, but because that facility was not operating as planned,
13  those staff were idle.

14       12.  Almost every day, Directors at the Employer's various
15  centers send one another e-mail messages looking for available
16  floaters to fill in for absent staff.  At Ansonia, however, the
17  Director there sent out e-mail messages asking if other Directors
18  needed employees to cover shifts, since she had staff who were
19  not working.  At WE, I had two dozen staff, many of whom were
20  scheduled to take vacations over the course of the eight weeks of
21  summer, meaning that, on average, WE would be without three of
22  its full-time staff each week.

23       13.  During the summer of 2010, the Employer had plans to
24  expand the WE facility to open more classrooms.  However, the
25  additional classrooms were far from being ready to open when I
26  began as Director at WE, and I made no plans to hire staff to
27  teach in those rooms.

FORM NLRB-5168
(2-08)

1    14. Attached hereto as Exhibit A is a copy of a list of

2    staff who worked at WE at any time during the months of June

3    through August 2010.  The first 25 individuals listed were all

4    the head teachers, assistant teachers, and floaters who were

5    working at WE when I began working there.  The 31st through 50th

6    names listed are individuals who were hired to work at WE after I

7    began working at WE.  The entry "HT" or "TA" in the Position

8    column indicates whether the person was a head teacher or

9    teaching assistant, and the "Room #" column indicates the

10   classroom to which the person was normally assigned.  Similarly,

11   "Floater" indicates that the staff member worked in a floater

12   position.  Floaters are employed to replace other employees who

13   are absent for one reason or other and also to assist if a class

14   is too large for the regularly assigned staff to handle.  As a

15   result, floaters do not have regularly assigned classrooms.

16   15. In contrast, a head teacher or assistant teacher is

17   normally assigned to the same group of children, the same

18   classroom, and the same other faculty member, i.e. head or

19   assistant teacher.

20   16. I determined not to renew the employment contract of

21   Anesia Lloyd ("Lloyd") in about early June 2010.  For one thing,

22   Lloyd had attendance problems, including 23 absences and 7

23   partial days.  I made that calculation by having Huang print out

24   records from Time Clock, the attendance software the Employer

25   uses at WE.  That software tracks the punch-in and punch-out

26   times of employees, who are each identified by a Personal

27   Identification Number ("PIN").  That is, each employee has to

FORM NLRB-5168
(2-08)

1    enter his or her PIN when s/he arrives and when s/he leaves the

2    WE facility.   Time Clock records and maintains a history of those

3    entries.   For some employees, those histories are maintained for

4    a number of years, but I asked Huang to print out only the record

5    for the preceding year.   I do not know whether the 23 days listed

6    includes vacation days.   I do know that in the case of Lloyd, she

7    was permitted 12 sick/personal days per year.   (Employees' sick

8    and personal day allowances are set by the Employer's employee

9    handbook.)   I decided to not renew the contract of any employee

10   who I believed to be unreliable or who had excessive absences---

11   in excess of those to which the employee was entitled---during

12   the year, because one of the primary problems facing WE was

13   excessive absence.   I did not compare the absences of employees

14   against one another or against some average.   I also noted that

15   Lloyd had been working for the Employer five years and yet the

16   copy of her identification in her personnel file, a New York

17   State Learners Permit, issued May 5, 2009, said she was only

18   twenty-one years old, indicating that she had begun working for

19   the Employer at age sixteen, which is not permitted under DOH

20   regulations.   Based on that document, I suspected that Lloyd must

21   have previously submitted fraudulent documents to obtain her

22   position.   Further, Lloyd had apparently been working for the

23   Employer for a number of years without having obtained a high

24   school diploma or GED, because the GED certificate in her file

25   indicated that diploma had been earned in March 2010.   Lloyd had

26   also been working as a head teacher for children under two years

27   age, despite her not having the credentials required by DOH.   (A

FORM NLRB-5168
(2-08)

1    copy of the relevant portion of Article 47 of the DOH rules is

2    attached hereto as Exhibit B.)  Further, while I was observing

3    her teach, Lloyd told me that she did not read to the infants

4    because "Babies don't listen."  I felt that expressed a lack of

5    education concerning early childhood development.

6        17.  Because Lloyd did not have the credentials to work as

7    a head teacher and although I had already determined not to renew

8    Lloyd's contract, I spoke to Howard about what I should do

9    concerning Lloyd's status as a head teacher.  I do not recall

10   precisely when I spoke to Howard about this, but it must also

11   have been in early June 2010, because I remember that I spoke to

12   Howard soon after I discovered Lloyd's lack of credentials.  In

13   order to be incompliance with DOH regulations, Howard recommended

14   I give Lloyd a letter which stated we had discovered her lack of

15   credentials and giving her an opportunity to gain those

16   credentials.  However, that issue did not take precedence over

17   other matters I had to attend to, so it was not until on July 1,

18   2010 that I wrote a letter to Lloyd telling her that she had ten

19   days in which to enroll in a CDA class, if she wanted to continue

20   working as a head teacher.  That same day, I removed Lloyd from

21   the head teacher position.  I gave Lloyd the letter and upon

22   reading it, Lloyd told me that she was not going to enroll in the

23   CDA class.  (Sometime during that same week, Lloyd also declined

24   to enroll in free classes at Touro College.)  Lloyd, like most

25   of the other employees at WE, had a contract that ran just under

26   a year, as I interpreted it, from September 1, 2009 to August 1,

27   2010.  Although I made the decision not to renew Lloyd's contract

8

FORM NLRB-5168
(2-08)

1   in early June 2010, I did not communicate that to her until on

2   about August 5, 2010, because of the coverage concerns described

3   above.

4       18.  Lloyd had one disciplinary notice in her personnel

5   file, dated May 6, 2010, stating she had been late and was

6   receiving a first warning.

7       19.  I do not recall telling Lloyd anything about Joanna

8   Fan when I gave Lloyd her non-renewal letter, on August 6, 2010,

9   except that I may have told her I thought she had potential and

10  should further her education.

11      20.  I decided not to renew the employment contract of

12  Tamika Singleton ("Singleton"), a teaching assistant, because she

13  had 29 full days of absence and 28 partial days of absence.  I

14  believe Singleton had been working for the Employer at WE for 4

15  to 5 years. As a result, Singleton was eligible for 12

16  sick/personal days per years, as well as 10 paid vacation days.

17  I also noted a number of disciplinary notices in her file, many

18  of which involved communications problems between Singleton and

19  other faculty members.  Copies of the disciplinary notices which

20  formed part of my decision not to renew her contract are attached

21  hereto as Exhibits C—E.  While I observed Singleton's performance

22  in the classroom, I felt that she lacked knowledge regarding

23  child development.  I also noted that Singleton questioned my

24  authority to make decisions, claiming on one occasion that I was

25  not permitted to change Lloyd to an assistant teacher.  On

26  another occasion, Singleton told me that she had already cleared

27  a planned absence with Managing Director Mego Gojka, intimating

FORM NLRB-5168
(2-08)

1   that it was not my right to determine her work schedule.  Again,

2   I decided to not renew Singleton's contract in about early June,

3   but did not finalize that decision until after the date her

4   contract with the Employer ended.  I was aware that Singleton

5   suffered from asthma, since that her "Staff Control Form" listed

6   it and noted she could need a Ventolin pump.

7       21.  I gave Singleton her non-renewal letter on or about

8   August 6, 2010.  The date on her non-renewal letter does not

9   match her last day of work because I had to stagger the

10   termination of employees somewhat in order to maintain classroom

11   and student coverage and to meet parent expectations.

12       22.  According to the records Huang produced for me,

13   Catherine Duran ("Duran") had 14 full absences and 22 partial

14   absences, though there were no disciplinary notices in Duran's

15   personnel file.  I also felt that Duran was unable to communicate

16   well in English.  In reviewing her personnel file, I also

17   discovered that Duran's diploma was not from an accredited

18   institution but instead from an online service that cannot grant

19   GEDs or diplomas. Attached hereto as Exhibits F and G are copies

20   of the diploma from Duran's personnel file and a printout of a

21   World-Wide Web page I found for the school which issued the

22   diploma.  Although I had decided not to renew Duran's employment

23   back in June 2010, I did not tell her that her employment was

24   terminated until August 16, 2010.  I told Duran that she was not

25   going to be renewed because of her time and attendance.   I did

26   not say anything to her about fraudulent documents at that point.

FORM NLRB-5168
(2-08)

1   23.  Hope Dublin ("Dublin") had 31 full days absent and 15

2 partial absences in the preceding year, based on the records

3 Huang had printed out for me, though there were no disciplinary

4 notices regarding time and attendance in her personnel file.

5 Also in early June, when I met Dublin, she told me that there

6 were certain teachers she could not work with.  (The classroom

7 that Dublin and Wendy Puello had worked in was no longer being

8 used at the end of May, 2010, due to graduating students, among

9 other things, so the few remaining students in that class were

10 consolidated into classroom four with head teacher Allison

11 Glass.)  Although Dublin's non-renewal letter is dated August 4,

12 2010, she was given that letter the next day.  I did not tell

13 Dublin that the Employer was not renewing any contracts nor that

14 I felt I had come into a "war zone" with the Union.

15   24.  In early June 2010 I decided not to renew Joan

16 DeLeon's ("DeLeon") contract based on her record of chronic

17 lateness during the period of September 1, 2009 to June 1, 2010,

18 during which time period DeLeon was late ten minutes or more over

19 100 times, though there were no disciplinary notices in DeLeon's

20 personnel file.  Huang had also printed out the absence record

21 for DeLeon, which indicated she had been absent 17 full days and

22 three partial days, though she was only entitled to 6 sick and

23 personal days.  Huang told me that DeLeon was frequently late,

24 so I had Huang show me the raw punch-in and punch-out data for

25 DeLeon for the preceding nine months.  Based on the number of

26 latenesses and the days DeLeon had been absent, I decided not to

27 renew her contract.  DeLeon's termination letter is also dated

FORM NLRB-5168
(2-08)

1  August 4, 2010 and must have been written that date, but I did
2  not deliver it to her until the following day.

3       25.  In reviewing the personnel file and attendance records
4  for Amanda Nunes ("Nunes") in early June 2010, I discovered that
5  she had been absent 17 full days and 3 partial days, but was
6  entitled to only 6 sick and personal days.  Around the time I
7  began at WE, Huang had "red-flagged" Nunes for me as an employee
8  with excessive an incidence of lateness in early June 2010, Huang
9  and I looked at her time records.  There was nothing else in her
10 personnel file upon which I based my decision not to retain her,
11 but during the first week, when I observed her, I noticed that
12 she told children "No" repeatedly.  I informed Nunes her contract
13 was not being renewed on about September 1, 2010.  At that point,
14 Nunes had one warning in her file, dated August 11, 2010,
15 reminding her to arrive five minutes before the scheduled start
16 time.

17      26.  The Time Clock records Huang produced for me showed
18 that Wendy Puello ("Puello") had 20 absences and 4 partial days
19 in the preceding year, though she was entitled to only 12 days
20 per year.  Although I had decided not to renew Puello's contract
21 in early June 2010, I did not inform her of that until August 24,
22 2010.  I issued one warning to Puello on July 21, 2010, regarding
23 time and attendance, for being absent July 12, 15, and 21, 2010,
24 though she may have been present on the 21st and absent on the
25 20th.  Puello and I both signed that notice on the date indicated
26 and a copy of the notice is attached hereto as Exhibit H.  Puello
27 was present for and testified at a hearing at Region 2 of the

12   ℓ ᚺ

FORM NLRB-5168
(2-08)

1   National Labor Relations Board ("NLRB"), which I witnessed, since

2   I was present for that hearing.  Puello was certified to serve as

3   an elementary school teacher (for grades one through six), but

4   was not certified in early childhood education and she told Gojka

5   she was not happy with her assignment to work with younger

6   children and preferred to work with four-year olds.  Further, I

7   had other employees who had Master's  degrees in early childhood

8   education, such as Mel Collins, Sara May, Allison Glass, Jennifer

9   Duran, while Puello did not.

10       27.  I do not recall what the Time Clock records Huang

11   produced for me showed regarding Sarah May's ("May") absences and

12   partial days in the preceding year.  I had determined in early

13   June to retain May, but she resigned on August 14, 2010,

14   effective August 30, 2010.

15       28.  The Time Clock records Huang produced for me showed

16   that Tatiana Navia ("Navia") had 16 absences and 17 partial days

17   in the preceding year, though she was entitled to only 12 days

18   per year.  Navia's personnel file contained no disciplinary

19   notices, but I was concerned by the absences and the fact that

20   her high school diploma had been granted in 2009, though she had

21   been working for the Employer since 2008.  This worried me

22   because DOH regulations require assistant teachers to have at

23   least a high school diploma.  I was also concerned by what I

24   judged to be, based on my observation of her performance in her

25   classroom, her limited communications skills.  I gave Navia her

26   non-renewal letter on August 9, 2010.  I told Navia only that her

FORM NLRB-5168
(2-08)

1   contract was not being renewed based on a record of excessive

2   absences.

3       29.  The Time Clock records Huang produced for me showed

4   that Samantha Gordian-Gerena ("Gordian-Gerena") had 24 absences

5   and 10 partial days in the preceding year, though she was not

6   entitled to any sick or personal days because she had been part-

7   time and had not been working for the Employer more than six

8   months.  I decided terminate Gordian-Gerena's employment in early

9   June 2010, when I reviewed her personnel file, reviewed her

10   attendance records, and observed her in class; her subsequent

11   actions simply confirmed my decision.  I issued her a termination

12   letter on July 13, 2010, a copy of which is attached hereto as

13   Exhibit I.  Gordian-Gerena had accumulated a number of

14   disciplinary notices, copies of which are attached hereto as

15   Exhibits J--O, and I had a record of some additional problems

16   which I had recorded, a copy of which is attached hereto as

17   Exhibit P.

18       30.  The Time Clock records Huang produced for me showed

19   that Tatyana Gibbs ("Gibbs") had 23 absences and 7 partial days

20   in the preceding year, and she was entitled to no sick or

21   personal days, because she had been part-time since she began

22   working for the Employer on about July 1, 2009.  I also noted

23   that there was no high school diploma in her record, I had

24   received a complaint from a parent regarding Gibbs' use of a cell

25   phone, and I had issued her a warning regarding cell phone usage

26   on July 7, 2010, a copy of which is attached hereto as Exhibit Q.

27   I gave Gibbs a non-renewal letter on August 9, 2010.

FORM NLRB-5168
(2-08)

1  31. The Time Clock records Huang produced for me showed
2  that Rena Goldstein ("Goldstein") did not have an excessive
3  number of absences or partial days in the preceding year.  Her
4  personnel file included a pair of complaints, copies of which are
5  attached hereto as Exhibits R and S.  I also found, upon
6  observing her at work during the first two weeks I was at WE,
7  that her classroom and the hallway space around her classroom
8  were disorganized and cluttered.  When I reviewed Goldstein's
9  file in early June, it contained a number of disciplinary notices
10  and notes from the previous Director, copies of which are
11  attached hereto as Exhibits T--V.  I made a series of notes about
12  Goldstein, copies of which are attached hereto as Exhibits W and
13  X.  My written evaluation of Goldstein is attached hereto as
14  Exhibit Y.  I gave Goldstein a non-renewal letter on August 13,
15  2010.

16  32. Pichardo resigned effective June 30, 2010.  A copy of
17  her resignation letter is attached hereto as Exhibit Z.  I did
18  not pay much attention to her personnel file when I reviewed
19  those in early June 2010 because she was part-time.  Further, I
20  did not spend much time observing her performance because she
21  submitted her resignation in mid-June, at least two weeks before
22  her last day.  Further, Pichardo had been a sporadic employee
23  since 2008, working for a few months and then returning to school
24  for a bit.

25  33. None of the other assistant or head teachers had
26  absences in excess of what those individuals were permitted.

15

FORM NLRB-5168
(2-08)

1    34.  The following individuals began work for the Employer

2  on the dates opposite their names:

3      (a)  Thomas McCay (temporary)        July 1, 2010

4      (b)  Nadia Leonard                   July 1, 2010

5      (c)  Diana Belliard                  July 1, 2010

6      (d)  Aurora Cruz                     August 15, 2010

7      (e)  Natalia Tavarez                 July 19, 2010

8      (f)  Junith Rodriguez               July 15, 2010

9      (g)  Wendy Maldonado, nee Candelario  August 2, 2010

10     (h)  Cheryl Woodley                  August 9, 2010

11     (i)  Sadna Rulshi                    August 12, 2010

12     (j)  Jacqueline Rosenthal            August 12, 2010

13     (k)  Judith Bateman                  August 9, 2010

14     (l)  Kim Gibbs                       August 23, 2010

15     (m)  Bhojmattie Naul, nee Bholanath  August 25, 2010

16     (n)  Amelia Padilla                  August 31, 2010

17     (o)  Jessica Dwyer                   August 31, 2010

18     (p)  Katie Hannon                    September 1, 2010

19     (q)  Ivana Frisa                     August 31, 2010

20     (r)  Marselina Garcia a/k/a Perez    August 31, 2010

21  Lauren Carroll was hired to work at the Ansonia Center.

22    35. As it states in the employee handbook, employees are

23  limited to a maximum of one paid sick/personal day per month.  If

24  an employee takes more than one sick or personal day per month or

25  more than his/her annual allotment, those days are unpaid.  After

26  a probationary period, employees are permitted 5 paid days annual

16

FORM NLRB-5168
(2-08)

1  leave per year.  That increases to ten paid days per year in the

2  second year of employment.

3      36.  Head and assistant teachers are scheduled to arrive at

4  different times and are on staggered schedules.  Classes are

5  scheduled to begin at 8:00 a.m. and to end at 6:00 p.m.

6  Employees are supposed to arrive five minutes before the

7  scheduled arrival time.

8      37.  I first learned that District Council 1707 ("the

9  Union") claimed to represent the WE assistant teachers on about

10  June 21, 2010, after Fan and Huang had met with certain teachers

11  and assistant teachers.  I may have spoken to Jennifer Devure

12  ("Devure") after Fan left that day to ask Devure what had been

13  going on, but I do not recall her answer.

14      38.  I do not recall speaking to DeLeon or Jennie Vazquez

15  ("Vazquez") about the Union or unions generally on about June 24,

16  2010.

17      39.  On about July 2, 2010, I distributed the document

18  attached hereto as Exhibit AA to all the WE teachers. I did not

19  write that document; it was prepared by attorney Martin Gringer,

20  Esq.  I gave it to both the assistant and head teachers by

21  placing copies in their mailboxes.

22      40.  Also on that day, I distributed a memo to teachers and

23  assistant teachers memorializing the fact that I had distributed

24  a document on "Roles and Responsibilities for Head Teachers and

25  Teaching Assistants" earlier that week.  A copy of that memo is

26  attached hereto as Exhibit BB.  I distributed similar memos to

FORM NLRB-5166
(2-08)

1    the WE staff on June 25, and July 2, 2010, copies of which are

2    attached hereto as Exhibits CC and DD.

3        41.  I arranged to meet with each teacher and assistant

4    teacher individually after I distributed that July 2, 2010

5    document.  I generally met with the employees in classrooms; that

6    process took several days.  During those meetings, I reviewed

7    with the employees what benefits and opportunities the Employer

8    offered its workers.

9        42.  Sometime during this period, I met with Joan DeLeon to

10   ask whether she would be interested in becoming a head teacher,

11   because I had noticed, while reviewing her personnel file, that

12   she had the necessary qualifications to hold that job.  She told

13   me that she did not want the responsibility or to have to

14   communicate with parents.  I was not then offering her a

15   position, but simply wanted to gauge her interest.

16       43.  I received a call at home from Huang the evening of

17   July 14, 2010 saying that Puello was not going to be in the next

18   day.  Huang did not tell me that Puello's absence had anything to

19   do with Puello being subpoenaed for a hearing the next day.  I in

20   turn called Puello and asked why she had not put in a request for

21   a personal day.  Eventually, Puello told me that she had received

22   a subpoena.  I told her that the reason for her absence did not

23   really matter, but that when she knew in advance she was going to

24   be absent, she should let me know, so I could arrange for

25   coverage of her position.

26       44.  I was present for the hearing held at Region 2 of the

27   NLRB on July 15, 2010.  I heard the testimony given by Puello,

18   RM

FORM NLRB-5168
(2-08)

1   Gordian-Gerena, and Vazquez on that date.    During the hearing,

2   I did not interrupt Gordian-Gerena's testimony, though I may have

3   made a comment to counsel.

4        45. I met with Puello after the July 15th hearing, though I

5   do not recall if it was the next day.  I did not speak to her

6   about her testimony at the hearing, though I did review with her

7   the differences between assistant and head teachers.

8        46. I may have spoken to Dublin on about July 26, 2010,

9   but I do not have any recollection of speaking to her on that

10  day.

11       47.   On July 27, 2010, I, together with Managing Directors

12  Gojka and Howard, held a mandatory meeting for the WE assistant

13  teachers in the gym, starting sometime around 1:00 p.m.   Prior to

14  the meeting, I had put a pair of documents, copies of which are

15  attached hereto as Exhibits EE and FF, in the teachers'

16  mailboxes.  During the meeting, I reviewed those documents with

17  the assistant teachers, reading parts of them out loud.    Howard

18  spoke on the topic of vacation, but I do not recall any other

19  specific points Howard or Gojka addressed.  During the meeting,

20  Duran accused me of threatening her with termination if she

21  joined the Union.  I referred her to the document entitled "A Lot

22  to Lose" and explained the steps which could lead to termination

23  in the event of a strike.

24       48. On August 2, 2010, the NLRB election for the WE

25  assistant teachers was held.  The Union won that election.  Later

26  that day, Fan told me that Dublin had been using a cell phone in

27  the building, so I issued a written warning to Dublin for having

FORM NLRB-5168
(2-08)

1   used a cell phone, a copy of which is attached hereto as Exhibit

2   GG.   Dublin told me that she knew she would be getting a warning

3   because she had seen Fan see her using a cell phone.

4       49.  The day after the election, I distributed a memo, a

5   copy of which is attached hereto as Exhibit HH, to all the

6   teachers and assistant teachers, notifying them that I would be

7   conducting annual evaluations, which are standard business

8   practice.

9       50.  On about August 16, 2010, I received a call from Duran

10  and Union organizer Julian DeJesus.   That conversation, which was

11  on speakerphone, occurred after I notified Duran that her

12  contract was not being renewed.   DeJesus apparently entered my

13  office and called me to accuse me of something, but I declined to

14  speak to him.

15      51.  I was not present for a rally held on about the

16  afternoon of August 19, 2010 at the WE facility.   I was out that

17  week, but Huang sent me a number of photos of the event by e-

18  mail.

19  I am being provided a copy of this Confidential Witness Affidavit
20  for my review. If, after reviewing this affidavit again I
21  remember anything else that is relevant, or desire to make any
22  changes, I will immediately notify the Board agent. I understand
23  that this affidavit is a confidential law enforcement record and
24  should not be shown to any person other than my attorney or other
25  person representing me in this proceeding.
26
27  I have read this statement consisting of 20 pages, including this
28  page.  I fully understand its contents, and I certify that it is
29  true and correct to the best of my knowledge and belief.
30
31
32
33                                          Robin Mauro
34  Sworn to before me at
35  26 Federal Plaza, Room 3614
36  New York, New York this

20

FORM NLRB-5168
(2-08)

1    27th day of September 2010
2
3    _____
4    Jamie Rucker, Board Agent,
5    National Labor Relations Board
6
7

| | Last Name | First Name | Position | Room # | Date |
|---|---|---|---|---|---|
| 1 | Lloyd | Anesia (left) | HT | 1 | 6/1-6/30 |
| 2 | Singleton | Tamika (left) | TA | 1 | |
| 3 | Collins | Carmel | HT | 2 | |
| 4 | Brandon | Taylor | TA | 2 | |
| 5 | Vazquez | Jennie | HT | 3 | |
| 6 | Deleon | Joan (left) | TA | 3 | |
| 7 | Glass | Allison | HT | 4 | |
| 8 | Puello | Wendy (left) | HT | 4 | |
| 9 | Dublin | Hope (left) | TA | 4 | |
| 10 | May | Sarah (left) | HT | 5 | |
| 11 | Katsnelson | Anna | TA | 5 | |
| 12 | Devore | Jennifer | HT | 7 | |
| 13 | Munroe | Antoinette | TA | 7 | |
| 14 | Estrada | Maria | HT | 8 | |
| 15 | Duran | Catherine (left) | TA | 8 | |
| 16 | Reyes | Kallyope | HT | 9 | |
| 17 | Navia | Tatiana (left) | TA | 9 | |
| 18 | Goldstein | Rena (left) | HT | 10 | |
| 19 | Nunes | Amanda (left) | TA | 10 | |
| 20 | Almanzar | Marisol | HT | 12 | |
| 21 | Torres | Estervina | TA | 12 | |
| 22 | Gordian-Gerena | Samantha (left) | Floater | | |
| 23 | Gibbs | Tatyana (left) | Floater | | |
| 24 | Fandino | Cindy | Floater | | |
| 25 | Pichardo | Zullay (left) | Floater | | |
| 26 | Slater | Sean (left) | Sub | | |
| 27 | Smalc | Victoria | Dance | | |
| 28 | Zhao | Yue Ying | Cook | | |
| 29 | Mauro | Robin | Director | | |
| 30 | Huang | Kathy | Bookkeeper | | |
| 31 | McCay | Thomas (new) | Floater | | 7/1-7/15 |
| 32 | Leonard | Nadia (new) | Floater | | |
| 33 | Belliard | Diana (new) | | 4 | 7/16-7/31 |
| 34 | Cruz | Aurora (new) | HT | 1 | |
| 35 | Tavarez | Natalia (new) | TA | 2 | |
| 36 | Rodriguez | Junith (new) | Floater | | |
| 37 | Candelario | Wendy (new) | TA | 1 | 8/1-8/15 |
| 38 | Woodley | Cheryl (new) | Floater | | |
| 39 | Tulshi | Sadna (new) | TA | 3 | 8/16-8/31 |
| 40 | Rosenthal | Jacqueline (new) | TA | 10 | |
| 41 | Bateman | Judith (new) | HT | 11 | |
| 42 | Gibbs | Kim (new) | Floater | | |
| 43 | Genao | Anabel (new) | TA | 9 | |
| 44 | Bholanath | Bhojmattie (new) | TA | 11 | 9/1-9/15 |
| 45 | Carroll | Lauren (new) | HT | 5 | |
| 46 | Padilla | Amelia (new) | HT | 10 | |
| 47 | Dwyer | Jessica (new) | TA | 11 | |
| 48 | Hannon | Katie (new) | TA | 8 | |
| 49 | Frisa | Ivana (new) | TA | 7 | |
| 50 | Garcia | Marselina (new) | Floater | | |

GOVERNMENT EXHIBIT A

(E) notification of authorities and the children's parents.

(9) *Parent/child orientation:* orientation curriculum outline; tour of premises; reporting and management of illnesses, injuries and other incidents; evacuation plan; lost child plan; lightning plan; fire safety and fire drills; evacuation procedures; activity specific training for assigned activities; trips (if provided).

§47.13 **Teaching staff qualifications in child care services for children ages two to six.**

(a) *Accreditation.* In determining teacher and educational director qualifications, the Department may accept documentation from schools, colleges and universities approved by the State Education Department or other teacher accreditation organizations acceptable to the Department certifying that such persons have met the specific Code requirements.

(b) *Pending certifications.* A permittee may temporarily employ an educational director or individual group teachers pending certification by the State Education Department or other accreditation organization or while a teacher's study plan for obtaining certification is pending approval by the Department, provided that the permittee has complied with criminal justice and State Registry of Child Abuse and Maltreatment screening requirements for staff set forth in this Article.

(c) *Educational director.* Every child care service shall designate a qualified teacher as the educational director who shall be in charge of staff training, educational and child development programs and shall supervise all teaching staff at each permitted child care service.

(1) *Coverage for educational director.* When an educational director is not present to supervise a child care service, the permittee shall designate a group teacher to act as educational director.

(2) *Teaching duties.* The educational director shall have no teaching duties when more than 40 children are enrolled in the child care service. If the child care service holding a permit is part of an elementary school offering classes from grades one through six, and has either child care programs for children under three years of age or has voluntarily applied for a permit pursuant to this Article, and such school also has a principal with no teaching duties, the educational director shall not have any teaching duties when more than 60 children are enrolled in the child care service.

(3) *Qualifications.* The educational director shall have:

(A) A baccalaureate degree in early childhood education or related field of study and State Education Department teacher certification in early childhood education or equivalent certification pursuant to paragraph (2) of subdivision (d) of this section, and

(B) At least two years of experience as a group teacher in a program for children under six years of age.

(d) *Group teacher.* No person shall be placed in charge of a group of children in a child care service unless s/he is certified or qualified pursuant to paragraph (1), (2), (3) or (4) of this subdivision.

16



*Teacher (2-6)*

✓ (1) *Baccalaureate degree and State certification.* A baccalaureate degree in early childhood education or related field of study and current valid certification issued by the State Education Department pursuant to 8 NYCRR §80 or successor rule or equivalent certification from another jurisdiction, as a teacher in the field of early childhood education; or

(2) *Equivalent certification.* Certification from a public or private certifying or teacher accrediting organization or agency granted reciprocity by the New York State Department of Education; or

(3) *Baccalaureate degree.* A baccalaureate degree in early childhood education or related field and five years of supervised experience in a pre-school program if currently employed in a permitted child care service; or

(4) *Study plan eligibility.* The person has proposed a plan for meeting the requirements of paragraph (1), (2) or (3) of this subdivision within seven years, and has obtained approval of this plan by an accredited college. A person who is study plan eligible shall submit documentation to the Department indicating proof of enrollment in such college and specifying the time required for completion of training.

(A) The course of study may include the following study areas:

(i) Sociological, Historical, Philosophical Foundations of Education or

(ii) Sociology of Education or History of Education or Philosophy of Education

(iii) Child Development or Child Psychology

(iv) Educational Developmental Psychology or Psychological Foundations of Education

(v) Instructional Materials and Methods Courses – three (3) courses required, including one on the pre-kindergarten or kindergarten level including, but not limited to, such courses as:

(aa)Teaching of Reading, Teaching of Math, Teaching Science to Young Children

(bb)Teaching of Music, Teaching of Art, Methods of Teaching of Language Arts

(cc)Teaching of Computer Technology to Young Children

(vi) Parent Education and Community Relations or Urban Education or Sociology of the Family or Parent, Child, School.

(B) To be study plan eligible, a person shall have:

(i) Associate's (AA or AS) degree in early children education, practicum included; or

(ii) Ninety or more undergraduate college credits and one year classroom experience teaching children in pre-kindergarten, kindergarten or grades 1-2; or

(iii) Baccalaureate in any other academic subject and one year classroom experience teaching children up to third grade.

(e) *Group teacher for children with special needs.* A group teacher for children with special needs shall be certified in special education, or early childhood education, with additional appropriate training in working with special needs children, in accordance with applicable law.

17

(f) *Assistant teacher*. An assistant teacher shall be at least 18 years of age and have a high school diploma or equivalent (GED).

§47.15. Teaching staff qualifications for infant-toddler child care services. A child care service authorized to provide care for children under 24 months of age may employ staff with either the qualifications listed in §47.13 of this Code for each title or the following alternative qualifications.

(a)*Educational director*. Every infant-toddler child care service shall have an educational director who shall be in charge of staff training, educational and child development programs and shall supervise all teaching staff at each permitted infant-toddler child care service.

(1) Qualifications:

(A) Baccalaureate degree in early childhood education or related field of study, and

(B) At least one year of experience as a group teacher or child care provider in a child care service for children under 24 months of age, or six college credits in infant-toddler coursework, or a study plan leading to six college credits in infant-toddler coursework

(b) *Infant/Toddler teacher*. A teacher for an infant-toddler program shall be at least 21 years of age and have the following qualifications:

(1) Associate's (AA or AS) degree in early childhood education; or

(2) Child Development Associate (CDA) certification and a study plan leading to an associate's degree in early childhood education within 7 years; or

(3) High school diploma or equivalent (GED); nine college credits in early childhood education or child development; two years experience caring for children, and a study plan leading to an associate's degree in early childhood education within seven years; or

(4) High school diploma or equivalent (GED) and five years of supervised experience in an infant-toddler classroom if currently employed in a permitted child care service; or

(5) High school diploma or equivalent (GED); and a study plan that is acceptable to the Department leading to nine credits in early childhood education or childhood development within two years; and a study plan leading to an associate's degree in early childhood education within seven years, if currently employed in a permitted child care service.

§47.17 Teaching staff qualifications for night child care services

(a) Permittees offering night care services shall comply with all requirements of this Article except when such requirements are inconsistent with the provisions of this section, in which case the provisions of this section shall control.

(b) *Educational director*. The educational director shall be qualified in accordance with §47.13 of this Code; or hold a baccalaureate degree, including 12 college credits in early childhood education, and have

18

Tamika was working as the Assistant Teacher in the Yellow Duckies class with Sara May. Tamika was absent at least once a week and also requested to go home early often. Sara was constantly left short staffed in her room.

Tamika would often talk to the children is degrading manner. One times when I was in the room observing I witnessed Tamika speaking to a child in a demoralizing manner. Sara has told me that several occasions Tamika was picking on certain children in the class. She would boss patients and tell the children they can't do that. Her manner of speak is inappropriate for a teacher. She would get upset with the children if they could not through out their food, push in their chair, clean up properly. She would get very upset during busy times of the day. I met with Tamika about this and gave her information and dealing with difficult situations. At this point I told her to use a lower tone when speaking and not to get angry when speaking to the children.

I had two meetings with Tamika during the time she worked with Sara. On one occasion we met about her sleeping during naptime. I witnessed and have on video Tamika was lying down on the bean bag with a blanket sleeping during naptime. I spoke to her about this several times.

On another occasion a new child in the room was crying and Tamika called the office yelling "I don't know what to do with this child, he is screaming and waking up the whole classroom." When I met with her she complained that Sara never di I any work in the class. That Sara expected her to do all the cleaning. I spoke to Sara about this and at that point during a meeting Tamika got very upset. She was yelling in the office saying That Sara pushes her around all day. Sara never told her that she expects her to that work. That Sara is constantly talking down to her. At that point I spoke to Tamika about raising her voice in the office.

Then Tamika said that she just could not stand Sara anymore after she complained about her. That she has worked here for 5 years and the parents really like her. That she knows Joanna and that she will call Mego if something is not done.

I made arrangements to have Tamika transferred to the Bumble Bees room 1 to work with Aacaia, who she says she knows and can work with.

Tamika came to office before Winter Break saying she feels it's really unfair the new teachers can do this. Saying that Sara gets away with everything and trying to make the Assistant Teachers do all the work. Then she says, Sara told her to watch out Catherine is going to fire you she is documenting these incidents. She came to office asking to see her file and saying that it wasn't fair. She went around to all the teachers and starting saying Catherine was going to get rid of all the old teachers working at the school.

_Sara May, MS, Head Teacher_

_Catherine Robertson Madaio, MS Education Director_

GOVERNMENT EXHIBIT
C
PENGAD-Bayonne, N.J.

Tamika Singelton

Friday Feb 5th Tamika called the office saying she told Kathy Huang this morning she feels sick and has to go home. I told her I was surprised because she didn't say anything when I was taking attendance. I asked if she was really sick we had a lot of teachers out. I told her that we had a lot of teachers out and that I would try to get a substitute and if she could wait a little while that would be helpful.

5 minutes later Tamika comes into the office and says let me have my file. I need to get my lawyers number. You can't fire me if I am sick. I explained that I wasn't trying to fire her I just needed to get a substitute. Then she says we are trying to fire her and she is sick there is nothing she can do about that. I explained to her that that was fine but she can't yell at me like that. She was yelling at me. She was going on and on saying she was sick and we aren't letting her go home.

She yelled at both my and Kathy Huang going over the same thing. Trying to put Kathy Huang in the middle - saying "she is saying I can't go home, I told you I need to get Motrin." We both asked her leave the office that she yelling and needed to calm down. I said she go home. I told her I needed space and I asked her to leave the office she refused. Then I told her I am not talking to right now. That the conversation was done I am angry and sometimes people need space. The conversation is over and I am not speaking to her until she calms down. She continued to rant and I ignored her I told her I was not having this conversation and it was done. She stayed there for a for a while trying argue with Kathy. Kathy told her she yells at us a lot. Then she says she needs to get her Dr.'s number to call her Dr. from her file. She then starting saying she was going to call Mego, that the teachers call Mego and I would get me in trouble.


On Monday Feb 8th I asked Tamika to come to office. I told her I would give her another chance but she can not yell at me like that. She said I yelled at her and it's not the first time she said she has been talking to the other teachers about me. She said she called Mego and Mego told her that I was not being professional. She says she can call Mego whenever she wants. That Mego gave them her number before she left so the teachers could call her if there was any problem with me. She said that the teachers have called her about me before. She says the teachers have been there a long time and that they are watching me. Then she says she know Joanna and Joanna knows her and others that have been there a long time and that she will her.


*Kathy Huang, Administrative Director*

*Catherine Robertson Madaio, MS, Education Director*

GOVERNMENT
EXHIBIT

Employee:Tamika Singelton
Date: 12/8/09

Reason for Documentation

-Tamika was sleeping on the floor in the classroom during
naptime

-Tamika yelled at Sara May the Head Teacher in front of the
students regarding the time to put the children down on their cots

Supervisor: Catherine Martin                                           1/12/0?

Employee: Tamika Singelton                                             1/12/0?



# Enterprise High School

*This Certifies That*

## Catherine Michelle Duran

*has satisfactorily completed the Tests of the General Education Program as prescribed for Graduation in accordance with the requirements of the Faculty*

*and is therefore awarded this*

## Diploma

*with all the Rights, Privileges and Honors thereunto appertaining*

*Given on this 24th day in the Month of February 2008*

*Phillip Morgan*
—Administration

*Taylor Carter*
—Principal

GOVERNMENT
EXHIBIT

http://www.ehsonlinehighschool.org/index.html

**Are the diplomas offered by EHSO recognized and accepted worldwide?**

EHSO provides a stringent internal review process for its overall program and particularly for its interactive learning platform and completion program. This program offers an accelerated format with Award Certificates upon completion. It is truly not right for everyone but works very well for the majority of people that complete it. This is an equivalency program that Awards a Diploma, Transcripts and ongoing verification service. However, each individual employer and institution are unique and you should check with them prior to completing this program to make sure they will accept it's motivational and achievement basis.

EHSO prides itself in its thorough ongoing evaluation of communications with students. The processes for program review and monitoring within its programs is proprietary in nature and designed to meet the needs of its students as they strive to reach their individual goals.

*Accelerated testing programs are not accredited by specific governmental regional or national accrediting agencies EHSO administrators meets the rigorous internal standards and continuously works to maintain an internal process of control, monitoring and self-accreditation efforts to assure its students the highest levels of ongoing program success EHSO prides itself in a through ongoing evaluation of communications between members and their students The processes for program review and monitoring within its programs is proprietary in nature and designed to meet the needs of its students as they strive to reach their individual educational or motivation goals* GED® is a licensed trademark of the American Council on Education and is used only as a reference in regards to this program. Please review our FAQ's page carefully to determine if the program is right for you. You cannot receive a GED® via an online service. You must test locally. This program utilizes a GED® based test as the basis of the required testing requirements but is not a GED®. If you determine that this program will work to help you reach your goals then we look forward to serving you as a graduate. If you have determined that a GED® is the best option for you then we wish you luck in reaching your goals and have provided the link below to assist you in finding a local testing center near you: http://www.acenet.edu/resources/GED/center_locator.cfm

8. What can I use my diploma for?
Your Graduation Package can be used to advance in life and gain proof of your accomplishments. Each institution, whether it be educational or work, is unique in the types of accomplishments they accept as credit toward their programs. It is advisable to check first with any potential employer or educational institution to see if they accept non-traditional, motivational, accelerated online programs such as ours.

*Government Careers: We do not offer GEDs. We recommend completion of our program along with a GED. Our program is a non-traditional, motivational based, accelerated format program that may not be accepted by government organizations. However, an Enterprise Graduation Package can be on its way in just hours or days while it may take much longer for you to complete your GED.*



**Employee Warning Notice**

| Employee Information | | |
|---|---|---|

Employee Name: Wendy Puello          Date: July 21 2010

| Type of Warning | | |
|---|---|---|

☑ First Warning        ☐ Second Warning        ☐ Final Warning

| Type of Offense | | |
|---|---|---|

☐ Tardiness/Leaving Early    ☑ Absenteeism              ☐ Violation of Company Policies
☐ Substandard Work           ☐ Violation of Safety Rules  ☐ Rudeness to Coworkers
☐ Insubordination            ☐ Rudeness to Parent/Family  ☐ Improper treatment of a child
☐ Other: _____

| Details | | |
|---|---|---|

Description of Infraction: Absent july 15th and then again on july 21.

Plan for Improvement: 1 day each week
2 days in july
( Vacation july 2 - 6 )

Consequences of Further Infractions:

| Acknowledgement of Receipt of Warning | | |
|---|---|---|

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your director have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

Employee Signature: Wendy Puell          Date: July 21 2010

Director's Signature: Robin Mauro          Date: July 21, 2010

Witness Signature (if employee understands warning but refuses to sign)          Date

GOVERNMENT EXHIBIT
H

July13, 2010

To Samantha Gordian-Gerena

Based on your excessive absences we are terminating your employment with Preschool of America. It is essential that our staff is reliable and that we have adequate supervision for our children at all times.  I have met with you several times to discuss this matter. You will receive your final pay check July 15th.

Sincerely,

Robin Mauro
Director
Preschool of America
101 West End Ave
New York, NY  10021



TB

Samantha did not show up no call. Say, she left 2 messages, tried to call no one answered I did not say wrong

I called her she said she was sleep

DOC MCTB52608





# PRESCHOOL of AMERICA

### Employee Warning Notice



**Employee Information**

Employee Name _____   Date _____

**Type of Warning**

☐ First Warning   ☐ Second Warning   ☐ Final Warning

**Type of Offense**

☐ Tardiness
☐ Substandard Work
☐ Insubordination
☐ Other

☐ Absenteeism
☐ Violation of Safety Codes
☐ Rudeness to Customers/Workers

☐ Violation of Company Policies
☐ Rudeness to Workers
☐ Other

**Details**

Description of Infraction _____

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your supervisor have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

Employee Signature _____   Date _____

Director Signature _____   Date _____

Witness Signature (if employee understands the warning but refuses to sign) _____   Date _____


GOVERNMENT EXHIBIT



## PRESCHOOL of AMERICA

### Employee Warning Notice

**Employee Information**

Employee Name: Samantha Godwin   Date: 5/19/10

**Type of Warning**

| ☐ First Warning | ☑ Second Warning | ☐ Final Warning |

**Type of Offense**

| ☑ Tardiness/Leaving Early | ☐ Absenteeism | ☐ Violation of Company Policies |
| ☐ Substandard Work | ☐ Violation of Safety Rules | ☐ Rudeness to Coworkers |
| ☐ Insubordination | ☐ Rudeness to Parent/Family | ☐ Improper treatment of a child |
| ☐ Other | | |

**Details**

Description of Infraction:

25 minutes late

Plan for Improvement:

Please punch in on time 8:30 no later OPEN front

Consequences of Further Infractions:

Termination

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your director have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

Employee Signature _____   Date 5/19/10

Director's Signature _____   Date _____

Witness Signature (if employee understands warning but refuses to sign) _____   Date _____

GOVERNMENT EXHIBIT

Tues

Samantha did not show up
no call. Says she left
2 messages, tried to call,
no one answered. Would not
sign warning
. We called her she said
she was sleeping

Preschool of America

Monthly Class Enrollment List and Teacher Wage Balance Sheet

DOC:MCTB62608

GOVERNMENT
EXHIBIT
M



PRESCHOOL of AMERICA

## Employee Warning Notice

**Employee Information**

Employee Name: Samantha Date: 7/6/10

**Type of Warning**

☑ First Warning ☐ Second Warning ☐ Final Warning

**Type of Offense**

☐ Tardiness/Leaving Early ☑ Absenteeism ☐ Violation of Company Policies
☐ Substandard Work ☐ Violation of Safety Rules ☐ Rudeness to Coworkers
☐ Insubordination ☐ Rudeness to Parent/Family ☐ Improper treatment of a child
☑ Other: discrepancy / not being in [illegible]

**Details**

Description of Infraction: [illegible] called in sick 3 times a week. told her I need a reliable staff. Reviewed her attendance - she was out [illegible]

Plan for Improvement: [illegible]
No more absences

Consequences of Further Infractions: I need to [illegible] up for work.

**Acknowledgement of Receipt of Warning**

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your director have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.*

*Employee Signature* *Date*

[signature] 7/6/10

*Director's Signature* *Date*

*Witness Signature (if employee understands warning but refuses to sign)* *Date*

GOVERNMENT EXHIBIT N
PENGAD-Bayonne, N.J.

## PRESCHOOL of AMERICA

### Employee Warning Notice

**Employee Information**

Employee Name: Samantha          Date: 7/6/10

**Type of Warning**

- [ ] First Warning
- [x] Second Warning
- [ ] Final Warning

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Company Policies
- [ ] Substandard Work
- [ ] Violation of Safety Rules
- [ ] Rudeness to Coworkers
- [x] Insubordination
- [ ] Rudeness to Parent/Family
- [ ] Improper treatment of a child
- [x] Other: removing children from one class to another without authorization.

**Details**

Description of Infraction: I went to classroom where she was (4.3) assigned (rm 9) she wasn't there. Found her in rm 13, took 4 children + combined with other group. Unauthorized. No one as head her to unsafe! Greeted Parents, didn't know where children were.

Plan for Improvement:

When I approached her to discuss she was very defensive. I had a conversation in the morning about her "disagency".

Consequences of Further Infractions:

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your director have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

Employee Signature: Ruth Mains          Date: 7/6/10

Director's Signature:          Date:

Witness Signature (if employee understands warning but refuses to sign)          Date

GOVERNMENT EXHIBIT

Samantha

6/25 - Disappeared from assigned
Classroom for 25 minutes

6/25 - _____ calls _____ (_____ around with _____)

6/26  Injured a child - gave he not prior
" _____ to apply pressure;
(_____ my treatment to
injury. Parent observing.
child was o.k. then went the
room to see where he bumped
his head _____ Havilyn had a good
idea to move the couch to a
"_____" wall + Samantha _____
is _____ to say that the
parent should see

7/2 _____ to her about
lateness _____ many
absences, disappearance; _____

GOVERNMENT EXHIBIT

7/6 — on her own decided took 4 children from her room to another. no one told her to. I asked her why d who authorized. unsafe.

## Employee Warning Notice

### Employee Information

Employee Name: Tatyana            Date: 7/6/10

### Type of Warning

[X] First Warning        [ ] Second Warning        [ ] Final Warning

### Type of Offense

[ ] Tardiness/Leaving Early    [ ] Absenteeism               [ ] Violation of Company Policies
[ ] Substandard Work           [ ] Violation of Safety Rules  [ ] Rudeness to Coworkers
[ ] Insubordination            [ ] Rudeness to Parent/Family  [ ] Improper treatment of a child
[X] Other: Cell phone

### Details

Description of Infraction: On Using cell phone in classroom. Had phone tucked under empty child's shoe.

Plan for Improvement: Told her no cell phone in classroom or I will not be to leave it in office.

Consequences of Further Infractions:

### Acknowledgement of Receipt of Warning

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your director have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

Employee Signature                                    Date: 7/7/10

Director's Signature                                  Date: 7/7/10

Witness Signature (if employee understands warning but refuses to sign)          Date

GOVERNMENT EXHIBIT

3/21/10

Talked to Rara about
disciplining children *

Snah out of ram →did no-
hold rage.



3/17/10

→ Madison Miller's   Mom complained

No accident report filled out
for Madison Miller →
Madison was not in the room,
& no one knew where she was.

Tatyana

I spoke to Rena.
Madison only bit her lip.



## PRESCHOOL of AMERICA

### Employee Warning Notice

Employee Information

Employee Name: Rera Goldstein          Date: 5/7/10

#### Type of Warning

[✓] First Warning          [ ] Second Warning          [ ] Final Warning

#### Type of Offense

| | | |
|---|---|---|
| [ ] Tardiness/Leaving Early | [ ] Absenteeism | [ ] Violation of Company Policies |
| [ ] Substandard Work | [ ] Violation of Safety Rules | [ ] Rudeness to Coworkers |
| [ ] Insubordination | [ ] Rudeness to Parent/Family | [✓] Improper treatment of a child |
| [ ] Other: | | |

#### Details

Description of Infraction:

Teacher + parent witnessed Rera pick up a child + throw him in a chair for time out in the koala Bears rm 9. 4:50 on Thursday 5/6/10

Plan for Improvement:

Use positive discipline. Redirect the child. Talk to the child's parent. Never give a child time out, pick them up roughly or yell at them.

Consequences of Further Infractions:

Termination.

#### Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your director have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.*

---

Employee Signature
Madro

Date
5/7/10

---

Director's Signature

Date

---

Witness Signature (if employee understands warning but refuses to sign)

Date



GOVERNMENT EXHIBIT
1

# PRESCHOOL of AMERICA

## Employee Warning Notice

Employee Name: Rea Childers          Date: 5/11/10

| | First Warning | ☐ | Second Warning | ☐ | Final Warning |
|---|---|---|---|---|---|

| ☐ | Tardiness/Leaving Early | ☐ | Absenteeism | ☐ | Violation of Company Policies |
| ☐ | Substandard Work | ☒ | Violation of Safety Rules | ☐ | Rudeness to Coworkers |
| ☐ | Insubordination | ☐ | Rudeness to Parent/Family | ☐ | Improper treatment of a child |
| ☐ | Other: | | | | |

Description of Infraction:

Hardly taken was told in her absence by the Director of her two children used to her playground

Plan for Improvement:

Check the entire classroom before leaving from attendance carefully. Count the children before you leave the building when you are out at the playground realize

Consequences of Further Infractions: Up to leave

termination

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your director have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with the warning.

Employee Signature

Date

Director's Signature

Date 5/11/10

Witness Signature (if employee understands warning but refuses to sign)          Date

GOVERNMENT EXHIBIT U

5/21/10

Rana -
    Did not like the way she was
pulling on Leah's arm to by
were going to the park.

(Would pull her arms out of her body
or dislocate elbow)

Also saying no thank you!

Cleanliness of the classroom.
Spoke to Amanda . Rana don't
he spoke → asked how to
clean up again.

GOVERNMENT
EXHIBIT

6/13 - use resp. [some] for
6/20 - no lesson plan
6/21 - shared info on beterg / strategies
6/27 - no # lesson plans

7/1 - talk about "Beter"
    Told her she is responsible
    to water her and present
    beterg
7/2 - asked her to do daily/long
    anecdotal



pts ten
prejudice comment — yeah doesn't like
black people

arden — has family problems

talk about

self fullfilling prophacy — "i guess they all bite"

Tomeet parents — ammo on horse
answer block

· amanda
· jenner
· Maris

GOVERNMENT EXHIBIT

- Structure / routine
- for support w/ transitions
- Consistency,

# PRESCHOOL of AMERICA

Teacher Evaluation for: _Rene_                    Date: _____

E= Excellent
S= Satisfactory
N= Needs improvement

1) Classroom Appearance
   Classroom is clean, neat and organized – E / S / **N**
   Projects and art work on the walls are current – E / S / N
   Projects and artwork reflect the themes – E / S / N
   Centers/ Classrooms are changing and promote creativity – E / S / **N**
   Toys and manipulatives are organized and labeled for easy use and cleanup
   – E / S / N

   _Messy_

   _____

2) Classroom Climate
   Teacher promotes a sense of caring – E / S / N
   Teacher is flexible – E / S / N
   Treats students in a fair manner – E / S / N

   _Expectations not clearly defined_

   _____

3) Interactions with children
   Greets children – E / S / N
   Responds to children's questions – E / S / N              _too much "NO"_
   Uses a calm voice when talking to children – E / S / **N**   _– Sometimes shout_
   Comforts children when they are upset – E / S / N
   Shares Affection with children – E / S / N                  _new material_
   Engages children during structured and non-structured activities _are not used_
   – E / S / N                                                   _or introduced_
                                                                 _in a structured_
   _No structure_                                                _way_
   _Limited Directed Activity_
   _too much free play_

GOVERNMENT
EXHIBIT

4) <u>Interactions with parents</u>
   Greets parents – E / S / N
   Knows parents names – E / S / N
   Responds to parents questions and concerns in an
   appropriate manner – E / S / N
   Keeps parents informed – E / S / N
   Encourages parent involvement – E / S / N
   Maintains confidentiality – E / S / N

5) <u>Professionalism</u>
   Is an appropriate role model in the classroom for both students and co-
   teachers – E / S / N
   Arrives at work on time – E / S / N
   Has an acceptable attendance record – E / S / N
   Teacher Responds constructively to students – E / S / N  *not clearly or explained 2x pleased*
   Contributes to positive school environment – E / S / N
   Cooperates and communicates well with other staff members
   – E / S / N
   Is willing to help out when needed – E / S / N
   Does not gossip – E / S / N
   Follows sick and vacation policy when requesting time off – E / S / N
   Follows school policies (eg: cell phones, eating in class, etc.) – E / S / N

6) <u>Behavioral expectations/consequences</u>
   Rules are reviewed daily – E / S / N
   Teacher uses positive reinforcement to motivate students toward – *not met*
   desired behaviors (praise, rewards, close proximity) – E / S / N

   *does not use . has improved
   consistant strategies to motivate*

Consequences are clear and limits for acceptable behavior through a
classroom management plan are set – E / S / (N)   *"good one"*

*ex would be
"we ~~not~~ are cleaning up so
we can do circle"
repeatidle so children folle...
took 15 minutes to get ready.
"you're not being a good listener"*

7) <u>Classroom management</u>

Daily schedule is set up to meet needs of children – E / S / (N)   *should be*
Transitions between activities is an appropriate manner – E / S / (N)   *Aiden is*
Develops goals for each child based on level – E / S / N   *listening*

*I lele the wa...
No Strategy for transition   james is
No "Consistant" routine   leksin.
I see
ksogther
help*

8) <u>Planning and organization</u>

Plans monthly outline of concepts and skills to be taught (literacy, social
studies, science, math, social skills) – E / (S) / N
Lessons are based on Creative Curriculum – E / (S) / N
Lesson plans are given in every Friday for the following week – E / S / (N)   *sporadic*
Lessons are posted the Friday before and are complete – E / S / (N)
Lessons reflect themes – E / S / N   *?*
Centers reflect themes – E / S / N   *no centers.*
Materials are prepared for the day – E / S / (N)
Teaching materials are utilized to vary instruction and interest
 – E / S / (N)
Maintains students records, developmental charts and/or portfolios
 – E / S / N

*Table was not prepared for art
went to get paint
directions to kids during set up - poor.
went, I came back – could be
a 9*

9) <u>Instructional management</u>

Follows lesson plans – E / S / (N)
Begins lessons with a review of previous materials – E / S / (N)   *Not told
what I*

*Amanda*

*"madem 4x"*

*'Do not pull this
page*

Directs and adequately supervises students to be on task quickly
– E / S / N
Provides relevant examples and demonstrations to illustrate concepts and
skills – E / S / N — *Provided example of person doing —*
Promotes higher level thinking skills – E / S / N   *but not on.*
Provides remediation activities for students – E / S / N   *L – .R .*
Teacher ask questions during lesson to insure understanding – E / S / N
Teacher summarizes concepts taught – E / S / N
Models good language E / S / N
Provides meaningful activities E / S / N
Teacher utilizes a variety of teaching techniques such as: individual, small
group, whole instruction – E / S / N
Uses a variety of assessment methods observations, questions, activities)
E / S / N

_____
_____
_____
_____
_____

10) Professional Growth

Teacher responds appropriately to recommendations given by
administrator – E / S / N
Suggested recommendations are successfully incorporated and
implemented – E / S / N
Seeks out additional continued educational opportunities – E / S / N

_____ *recommended using other* _____
_____ *teachers as "Mentors". Not* _____
_____ *to keep in tolda said* _____
_____ *your Touro Profess said you* _____
_____ *with OK.* _____

11) Health safety procedures

Reviews fire safety – E / S / N
Has children follow proper hand washing procedures – E / S / N
Follows policy for changing diapers – E / S / N
Follows policy for accident reports – E / S / N
Follows school policy for childhood sickness – E / S / N
Follows procedures for handling and storing food – E / S / N
Promotes potty training – E / S / N

Uses gloves at appropriate times - E / S / N

_____

_____

_____

_____

does not use positive reinforcement to
motivate

Circle time - 10 min max Should be

no routine

few familiar songs,
~~putting tape~~ CD guitar rather than teach

Should be same 5 routine each &
guns. they are in chairs

numbers - inappropriate for ecc

Country song - this dot mon

ex. 5 little monkeys w/ visuals

random country not no ?
value.

No Book? did not demonstrate
rolling or "knick
knock"

to engage/involve slap
in song.

Preschool of America
101 West Avenue
New York, NY 10023

To Whom It May Concern,

I am writing to inform you that I, Zullay Pichardo, will no longer be working in preschool of America after June 30, 2010. That day will be my last day. My resignation is due to another position that has become available in the public school system, working as a Paraprofessional. As a Para I wish to enhance my experience because I want to work with older kids. It has been a pleasure working for Preschool of America. Thank you for the delightful years.

Sincerely


Zullay Pichardo
482 Fort Washington Avenue
New York, NY 10033



Last week we were surprised to learn that a petition had been filed with the National Labor Relations Board ("NLRB") seeking, in part, to hold an election to determine whether certain employees of Preschool of America, Inc. ("Preschool") should have a Union. Needless to say, given what we believe to be the extremely favorable wages, working conditions and other benefits presently offered by Preschool, the apparent desire by some to form a Union remains quite puzzling.

As we remain confident that the personal interests of Preschool employees will be far better served without the formation of a Union, Preschool has voluntarily agreed that on August 2, 2010, the NLRB, a federal government agency, will conduct an election to determine whether teacher assistants, floaters and kitchen/maintenance employees want to have a Union. This election will be conducted between the hours of 1:00 p.m. and 3:00 p.m. in the gym.

This will be a secret ballot election. No one will know how you vote. The fact that you may have signed a card for Local 1707 does not mean that you do not have the right to vote NO for NO UNION. This election will be decided by a majority of those who actually vote. It is essential that everyone eligible vote. This election will affect everyone. Don't let others make this decision for you.

In the coming weeks, you will be hearing from both the Union and Preschool about the pros and cons of having this Union. I hope you will listen to our side of the story because I strongly believe the formation of a union will jeopardize your rights and certainly not increase them. Although I am new to the company, based upon my prior professional experience and employment, it is



GOVERNMENT
EXHIBIT
AA

quite clear to me that the benefits Preschool has voluntarily offered to its employees far exceed other similar locations.   Most important, Preschool remains committed to voluntarily providing its employees with competitive wages, benefits and working conditions without subjecting its employees to the payment of dues and the uncertainties and worries associated with Union strikes.

While we will conduct meetings to provide information regarding the perils of having a Union in the next few weeks, we expect everyone to continue to function in a professional manner and comply with all rules and regulations.  Our most important responsibility is the care of the children entrusted to Preschool. We cannot forget that as we have these discussions.

We are now required by law to give the Union the names and addresses of all eligible voters.  It is possible that the Union may use this information to contact you by mail or even visit you in person.   We apologize for any inconvenience this may cause, but this is something outside of our control.

I look forward to meeting with all of you in the coming weeks to discuss this matter.

Sincerely,

Robin Mauro

Friday Notes
July 2, 2010
Happy July 4th!

It's been a busy week. I want to focus on curriculum and professional development, but seems like each day various other things take precedence. A priority at the moment is addressing classroom management, staffing and September placements, as well as the items listed below.

Notices:

- Each of you will receive a notice regarding Union Enrollment. Please read it carefully and contact me with any questions you may have.

- New Rule: Teacher's Assistants will call in attendance to office between 10 & 10:30.

- Music/Movement: I would like each class to include a Music/Movement activity into the daily schedule. 20 minutes of finger play, movement. (Greg and Steve, bean bag, etc) Let me know if you need materials. If you are already doing this, then highlight in your lesson plan the activities or cd's you are using.

- Evaluations: Lucky for me I have inherited a staff of great teachers, and to better know your teaching styles and strengths, I will be conducting Teacher and Teacher Assistant Evaluations. I will observe your classroom for 30 minutes and then provide feedback.

- Summer Bulletin Boards. Please have your Bulletin Board completed by July 9th.

- Absences and Lateness: It is unprofessional and inconsiderate to be late or to be absent weekly. It is important that our staff is here everyday as scheduled.

- Parent Communication: Do not share the Corporate Class Enrollment list with parents. There has been a lot of confusion with regards to ratio and attendance. (Not all children enrolled in the class are there 5 days.) If parents request a class list, please refer them to the office and I will provide it for them.

Enjoy the holiday weekend. See you Tuesday!


GOVERNMENT EXHIBIT
6B
PENGAD-Bayonne, N.J.

6/25

TGIF!!

Hello,

Just a few things:

- Please return the "mis-placed" student info ASAP. We are trying to finalize September placements.

- Many teachers have inquired about a **Year End Party,** so we thought perhaps we will do a School Wide Summer Kick Off/End of Year Party.

- Wednesday June 30th. 4:30-6:00
- Parents are welcome to join but it's really for the kids.
- Ask parents to sign up for snack contribution.
- ( if you think a different time is better...eg, 4-6, 5-6, etc. let me know)


- Over Ration and Adequate Staff:

We are working hard to get additional floaters in the rooms that are over-ratio for that day, or during hectic times such as drop off or pick up, or if a new student needs additional support, or for transition times, etc.

I am asking you to also be considerate to you co-teachers and co-workers. If you arrive later than scheduled or over sleep or decide to call in sick last minute, you are leaving your co-teacher without proper support. ☺


Up until now, I have been here only part time. As of Monday I will be here full time and will have more time to spend in your classroom and address the individual issues and students.

Thanks for you patience, and again, please contact me, (talk, email, text, phone, etc) about concerns within your classrooms.
Have a nice weekend!!!

Robin



GOVERNMENT
EXHIBIT
CC

July 2, 2010

I have distributed Roles and Responsibilities for Head Teachers and Teaching Assistants.
All this information is included in the Employee Handbook.  I will be meeting with you
to discuss how the roles and responsibilities are defined.

Robin



# A LOT TO LOSE

The Union simplified:

**Become union→ make demands→try to negotiate→ we reject demands→ strike→ we permanently replace you**

## Employers ultimately decide the terms of the contract, not the Union

In our conversations with staff about the upcoming union election, it has become clear that many teachers are under the impression that they have nothing to lose by joining a union. Obviously, if employees had nothing to lose by bringing in unions, everyone would want to join a union. But only 7% of the country's private sector workers are unionized! Why don't the other 93% want a union? Perhaps they understand what they could lose:

1. **Union Dues**: Union dues range from $23.50 to $41.20 per month. When you have a union contract, you have to pay dues regardless of what the contract says even if there is no improvement in your wages and benefits. In fact, you would have to pay dues even if you end up with a package that is less than what you already have.

2. **Existing Benefits:** The Union can make all the promises it wants. But that does not mean they will become reality. There is no guarantee that in a union contract that you will end up with a better package. There is no guarantee that you will keep everything you have now. It is possible as a result of negotiations you could wind up losing benefits that you already have. We have voluntarily provided you with a benefit package that exceeds what our competitors offer without you having to pay union dues.

### Employers ultimately decide the terms of the contract, not the Union.

3. **Union Strikes:** Right now you have the ability to work without having to worry about having to go out on strike. Preschool of America is not a government agency. We are a private company. This is not like the Department of Education. We can't raise taxes if we do not have enough revenue to meet our expenses .



GOVERNMENT
EXHIBIT
EB

**We cannot and will not** agree to unreasonable wage and benefit demands that would put us in a noncompetitive position. If the Union was to win the election and we could not come to an agreement, the Union's only weapon would be to call a strike.

- During a strike, you will not be paid.
- During a strike, you willl not collect unemployment unless the strike lasted more than six weeks. Have you thought about how you would support yourself or your family without any money for 6 weeks?
- Finally, if there were a strike, we have the right to **permanently replace you.**

That would mean that you might not have a job when the strike was over. We would not want a strike, but we would prefer that to agreeing to unreasonable union demands. And we would be in a position to hire permanent replacements. Every day we get unsolicited resumes from people who are *anxious* to work for us and who have excellent credentials.

### Employers ultimately decide the terms of the contract, not the Union.

So you see, there can be serious consequences for everyone on staff as a result of unionization. These potential consequences will affect everyone here. Even if you signed a card for the Union, you have no obligation or duty to join. You have the right to decide for yourself after learning all the facts what is best for you and your family.

This is a secret ballot election conducted by the federal government. No one will ever know how you voted.

You can still protect yourself from the risk of the serious consequences by voting **NO for NO UNION.** That is the only way you can be sure that you won't have to pay union dues, possibly lose existing benefits in negotiations, or risk your job security by going out on strike and being permanently replaced.

# Vote NO for NO UNION

# Union     VS     Non Union

| | | |
|---|---|---|
| **Salary** | Increase 2% of salary with **a four-year wage freeze** (ACS current union contract) | POA **increase 2% of salary, guaranteed** every year especially in the economic depression (Existing) |
| **Beginning Salary** | 11 % less than original rate ( ACS current union contract) | Higher than other child care centers **based on staff qualifications** |
| **Improved Credentials** | With a strict 5 years contract, union member cannot improve status with education. **No raise, no promotion** when teacher is working on their credits/license. Teacher can only can be the teacher, and the assistant  can only can be the assistant | **Professional growth**: We promote staff based on the completion of qualifications. The assistant can be promoted to a teacher; the teacher can be promoted to director. **More qualifications = higher position with more pay** |
| **Qualifications** | **Very strict qualification requirements** with credentials and licenses ( review ACS teacher/assistant requirement with the union contract) | *Flexible schedule to support student teaching and schooling *Free college credits *Staff development *More Ed. credits =  more pay |
| **Health Plan** | The labor law only requires a **private company** employer to pay **$100** for share co-payment. | We are currently contributing **$300** monthly for each employee who requires the health benefits (Existing) |
| **Retirement Plan** | **Not required** for a private Co. | We offer 401K plan with 3% match |
| **Vacation** | 8 Federal Holidays, **not required more days off for a private Co.** | 11 holidays, 12 sick/personal days and 2 weeks' vacation. **Same as ACS** |
| **Rules** | Many **restrictions** with schedule and other policies | More **flexibility** in the private company (Existing) |
| **Employee Child Care** | **No other** unionized day care provides employee child care | **Yes** (Existing) |
| **Relationships & Social effects** | **Hostile**, disruption (court battles, strike, replacement) | Big family oriented, friendship, and **harmony** |
| **Union Dues** | $500 per yr = -2% of your salary. | None |
| **Use of Dues** | *Increase union officials salary *Union salesperson commissions *Political activities and lobbying *Restaurant and hotels, gifts etc. | N/A |
| **Performance** | More unionized day care closing, more day care workers **layoffs** | POA is expanding, **more job opportunities** |
| **Management** | With union **bureaucracy** and policy, 16 unionized day care centers were  closed in 2009 | **Efficient**, direct and improving |
| **Trend** | Union is **declining nationwide**, only 7% companies are unionized, they are all government agencies | More employee involvement,  more **improvement** |

DC 1707 is not UFT (United Federation of Teachers), POA is a private company,  all benefits are only from the employer, not union. Compare to the unionized day care centers or the private companies, we have offered a lot.

Vote for NO UNION!!!!!

GOVERNMENT EXHIBIT
PE

## Employee Warning Notice

### Employee Information

Employee Name: _Hope Publu_          Date: _Aug 2, 2010_

### Type of Warning

☑ First Warning          ☐ Second Warning          ☐ Final Warning

### Type of Offense

☐ Tardiness/Leaving Early          ☐ Absenteeism          ☐ Violation of Company Policies

☐ Substandard Work          ☐ Violation of Safety Rules          ☐ Rudeness to Coworkers

☐ Insubordination          ☐ Rudeness to Parent/Family          ☐ Improper treatment of a child

☐ Other:

### Details

Description of Infraction: _Using cell phone while children napping_

Plan for Improvement:

Consequences of Further Infractions:

### Acknowledgement of Receipt of Warning

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your director have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

_____          _____
Employee Signature          Date

_____          _____
Director's Signature          Date

_____          _____
Witness Signature (if employee understands warning but refuses to sign)          Date



GOVERNMENT EXHIBIT
GG



# PRESCHOOL of AMERICA

August 3, 2010

Annual Evaluations

We will be conducting teacher and teacher assistant annual evaluations. Everyone is evaluated base on performance, attendance and general conduct. Please be aware that your attendance is <u>critical</u> in our center. Absences, lateness's, and partial day attendance is a significant factor and will contribute to your overall rating.

Thank You,

Robin Mauro



4) Interactions with parents
   Greets parents – E / S / N
   Knows parents names – E / S / N
   Responds to parents questions and concerns in an
   appropriate manner – E / S / N
   Keeps parents informed – E / S / N
   Encourages parent involvement – E / S / N
   Maintains confidentiality – E / S / N

5) Professionalism
   Is an appropriate role model in the classroom for both students and co-
   teachers – E / S / N
   Arrives at work on time – E / S / N
   Has an acceptable attendance record – E / S / N
   Teacher Responds constructively to students – E / S / N    *Most clearly explained explains*
   Contributes to positive school environment – E / S / N
   Cooperates and communicates well with other staff members
   – E / S / N
   Is willing to help out when needed – E / S / N
   Does not gossip – E / S / N
   Follows sick and vacation policy when requesting time off – E / S / N
   Follows school policies (eg: cell phones, eating in class,etc.) – E / S / N

6) Behavioral expectations/consequences
   Rules are reviewed daily – E / S / N
   Teacher uses positive reinforcement to motivate students toward –  *not consistent today with it*
   desired behaviors (praise, rewards, close proximity) – E / S / N

   *does not use . has improved*
   *consistant strategies to motivate*