ABSENCES

| Name | Full Day | Partial Day | S/P Day in a yr |
|---|---|---|---|
| Anesia Lloyd | 23 | 7 | 12 s/p |
| Tamika Singleton | 29 | 28 | 12 s/p |
| Taylor Brandon | 3 | 2 | None |
| Jean Deleon | 17 | 3 | 6 s/p |
| Hope Dublin | 31 | 15 | 12 s/p |
| Antoinette Muroe | 8 | 12 | 12 s/p |
| Catherine Duran | 14 | 22 | 12 s/p |
| Tatiana Navia | 16 | 17 | 12 s/p |
| Amanda Nunes | 17 | 3 | 6 s/p |
| Estervina Torres | 14 | 6 | 12 s/p |
| Tatyanna Gibbs | 23 | 7 | None |
| Cindy Fandino | 16 | 6 | None |
| Wendy Puello | 20 | 4 | 12 s/p |