

25 Market Street, New York, NY 10002  Tel: 212-577-2710

August 8, 2010

Dear Ms. Tatyanna Gibbs

    We have completed our review of our needs for the upcoming school year. Based on your performance and excessive absences, we are unable to offer you a position to continue working with young children. Staff attendance is critical for our business's operation and for the safety and supervision of our children.

    We wish you the best of luck in your future endeavors.

Very truly yours,

Joanna Fan
Chief Executive Director