

25 Market Street, New York, NY 10002   Tel: 212-577-2710

August 12, 2010

Dear Ms. Catherine Duran,

We have completed our review of our needs for the upcoming school year. We would like to inform you that your current contract ends in August 2010. Based on your performance and excessive absences, we are unable to offer you a renewal contract. Staff attendance is critical for our business's operation and for the safety and supervision of our children.

We wish you the best of luck in your future endeavors.

Very truly yours,

Joanna Pan
Chief Executive Director