## DC 1707, AFSCME, AFL-CIO

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Kallyope Reyes
Phone/Telefono: (646) 266-5526
Street/Calle: 55 Jasper Ave
E-Mail/Correo Electrónico: cstarkally@gmail.com
City/Ciudad: Teaneck
State/Estado: NJ
Zip/Zona Postal: 01666

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: May 6, 2010
Signature/Firma: Kallyope Reyes
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 101 Westend Ave
Job title/Titulo del trabajo: Head Teacher
Date of Hire/Fecha del empleo: 9/07
Weekly salary/Salario semanal: $436.50
Social Security No./Numero de Seguro Social: _____

Application for Union Membership
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
1-800-223-1707 (Outside New York City)

---

## DC 1707, AFSCME, AFL-CIO

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Jennie Vázquez
Phone/Telefono: 212-666-6081 (Home)
Street/Calle: 192 Claremont Ave #2C
E-Mail/Correo Electrónico: 917-658-44__ (Cell)
City/Ciudad: N.Y., N.Y. 10027
State/Estado: N.Y.
Zip/Zona Postal: 10027

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/6/10
Signature/Firma: Jennie Vázquez
Agency/Agencia: Preshool of America
Location of work/Lugar trabajo: 101 West End Ave.
Job title/Titulo del trabajo: Head Teacher
Date of Hire/Fecha del empleo: 9/06
Weekly salary/Salario semanal: $12.00 hrs
Social Security No./Numero de Seguro Social: _____

Application for Union Membership
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
1-800-223-1707 (Outside New York City)

---

## DC 1707, AFSCME, AFL-CIO

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Jennifer Devore
Phone/Telefono: (561) 373-1075
Street/Calle: 316 East 63rd St, Apt #6H
E-Mail/Correo Electrónico: _____
City/Ciudad: NY
State/Estado: NY
Zip/Zona Postal: 10065

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/7/2010
Signature/Firma: _____
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 101 Westend Ave
Job title/Titulo del trabajo: Head Teacher
Date of Hire/Fecha del empleo: 10/26/2009
Weekly salary/Salario semanal: $980
Social Security No./Numero de Seguro Social: _____

Application for Union Membership
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
1-800-223-1707 (Outside New York City)

## DC 1707, AFSCME, AFL-CIO

*(Please Print/Imprima Por Favor)    All information is confidential/Esta información es confidencial*

Name/Nombre __Wendy Puello__ Phone/Telefono __347 723-2856__
Street/Calle __120-12 85th Ave__ E-Mail/Correo Electrónico __wpuello@aol.com__
City/Ciudad __Kew Gardens__ State/Estado __NY__ Zip/Zona Postal __11415__

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha __5/6/10__ Signature/Firma __[signature]__
Agency/Agencia __Preschool of America__
Location of work/Lugar trabajo __101 West End Ave.__
Job title/Titulo del trabajo __Head Teacher__ Date of Hire/Fecha del empleo __07/08__
Weekly salary/Salario semanal _____ Social Security No./Numero de Seguro Social _____

*Application for Union Membership — DC 1707, AFSCME, AFL-CIO, 75 Varick Street, New York, NY 10013 (212) 219-0022  1-800-223-1707 (Outside New York City)*

## DC 1707, AFSCME, AFL-CIO

*(Please Print/Imprima Por Favor)    All information is confidential/Esta información es confidencial*

Name/Nombre __Anesia Lloyd__ Phone/Telefono __(646) 319-6598__
Street/Calle __617 east 178St #3__ E-Mail/Correo Electrónico __LloydAnesia@Aol.com__
City/Ciudad __Bronx, N.Y__ State/Estado __N.Y__ Zip/Zona Postal __10457__

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha __5/5/10__ Signature/Firma __Anesia Lloyd__
Agency/Agencia __Preschool of America__
Location of work/Lugar trabajo __101 west end Ave, New york, Ny 10023__
Job title/Titulo del trabajo __Teacher__ Date of Hire/Fecha del empleo __10/06__
Weekly salary/Salario semanal __$10 25__ Social Security No./Numero de Seguro Social _____

*Application for Union Membership — DC 1707, AFSCME, AFL-CIO, 75 Varick Street, New York, NY 10013 (212) 219-0022  1-800-223-1707 (Outside New York City)*

## DC 1707, AFSCME, AFL-CIO

*(Please Print/Imprima Por Favor)    All information is confidential/Esta información es confidencial*

Name/Nombre __MARIA ESTRADA__ Phone/Telefono __718 344-2167__
Street/Calle __1565 coleman__ E-Mail/Correo Electrónico __mmouthon@hotmail.com__
City/Ciudad __Brooklyn__ State/Estado __NY__ Zip/Zona Postal __11234__

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha __5-5-10__ Signature/Firma __Maria Estrada__
Agency/Agencia __101 west end AVE__
Location of work/Lugar trabajo __Preschool of America__
Job title/Titulo del trabajo __Head teacher__ Date of Hire/Fecha del empleo __1/26/06__
Weekly salary/Salario semanal _____ Social Security No./Numero de Seguro Social _____

*Application for Union Membership — DC 1707, AFSCME, AFL-CIO, 75 Varick Street, New York, NY 10013 (212) 219-0022  1-800-223-1707 (Outside New York City)*

## DC 1707, AFSCME, AFL-CIO

*(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial*

Name/Nombre: Marisol Almanzar   Phone/Telefono: 646 515-0213
Street/Calle: 515 W. 122nd St.   E-Mail/Correo Electrónico: jalmanzar852@aol.com
City/Ciudad: New York   State/Estado: NY   Zip/Zona Postal: 10027

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5-5-10   Signature/Firma: Marisol Almanzar
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 101 West End Ave.
Job title/Titulo del trabajo: Head Teacher   Date of Hire/Fecha del empleo: 5/05
Weekly salary/Salario semanal: $14.28 hr   Social Security No./Numero de Seguro Social: _____

*Application for Union Membership — DC 1707, AFSCME, AFL-CIO, 75 Varick Street, New York, NY 10013 — (212) 219-0022 — 1-800-223-1707 (Outside New York City)*

---

## DC 1707, AFSCME, AFL-CIO

*(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial*

Name/Nombre: Rena Goldstein   Phone/Telefono: 973-600-2941
Street/Calle: 50 W. 97   E-Mail/Correo Electrónico: Renagoldstein@gmail.com
City/Ciudad: NY   State/Estado: NY   Zip/Zona Postal: 10025

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/10/10   Signature/Firma: [signed]
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 101 West End
Job title/Titulo del trabajo: Head Teacher   Date of Hire/Fecha del empleo: 10/10/09
Weekly salary/Salario semanal: _____   Social Security No./Numero de Seguro Social: _____

---

## DC 1707, AFSCME, AFL-CIO

*(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial*

Name/Nombre: Allison Glass   Phone/Telefono: 908-415-7192
Street/Calle: 300 E 51ST 9E   E-Mail/Correo Electrónico: AGlass713@gmail.com
City/Ciudad: New York   State/Estado: NY   Zip/Zona Postal: 10022

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/6/10   Signature/Firma: Allison Glass
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 101 West End Ave NY, NY 10023
Job title/Titulo del trabajo: Head Teacher   Date of Hire/Fecha del empleo: 8/13/09
Weekly salary/Salario semanal: $729   Social Security No./Numero de Seguro Social: _____

**DC 1707, AFSCME, AFL-CIO**

*(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial*

Name/Nombre: Sara May
Phone/Telefono: 917-579-0954
Street/Calle: 300 Lenox Rd #2K
E-Mail/Correo Electrónico: saramaymike@yahoo.com
City/Ciudad: Brooklyn
State/Estado: NY
Zip/Zona Postal: 11226

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/6/10
Signature/Firma: Sara May
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 101 West End Ave. NY, NY 10023
Job title/Titulo del trabajo: Teacher
Date of Hire/Fecha del empleo: 8/15/09
Weekly salary/Salario semanal: $665
Social Security No./Numero de Seguro Social:

**Application for Union Membership**
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
**1-800-223-1707** (Outside New York City)