## DC 1707, AFSCME, AFL-CIO

(12)

*Application for Union Membership*
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
1-800-223-1707 (Outside New York City)

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: THEODORA LLOYD   Phone/Telefono: 917-345-0668
Street/Calle: 60 East 104 St   E-Mail/Correo Electrónico: _____
City/Ciudad: New York   State/Estado: N.Y.   Zip/Zona Postal: 10029

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/24/10   Signature/Firma: Theodora Lloyd
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 1501 Lex Ave
Job title/Titulo del trabajo: Assistant Teacher   Date of Hire/Fecha del empleo: _____
Weekly salary/Salario semanal: _____   Social Security No./Numero de Seguro Social: _____

---

## DC 1707, AFSCME, AFL-CIO

(10)

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Eve Apodaca   Phone/Telefono: 575-714-1822
Street/Calle: 199 Lefferts   E-Mail/Correo Electrónico: apodaca-eve@hotmail.com
City/Ciudad: Brooklyn   State/Estado: 11225   Zip/Zona Postal: NY

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5-24-10   Signature/Firma: Eve Apoda
Agency/Agencia: POA Preschool of America
Location of work/Lugar trabajo: 1501 Lexington Ave
Job title/Titulo del trabajo: Teacher Assistant   Date of Hire/Fecha del empleo: 10-20-09
Weekly salary/Salario semanal: _____   Social Security No./Numero de Seguro Social: _____

---

## DC 1707, AFSCME, AFL-CIO

(9)

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Evelyn Aguirre   Phone/Telefono: 917 892-9997
Street/Calle: 8553 106th St.   E-Mail/Correo Electrónico: babywords@msn.com
City/Ciudad: Richmond Hill   State/Estado: NY   Zip/Zona Postal: 11418

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5-24-10   Signature/Firma: _____
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 1501 Lexington Ave, NYC 10029
Job title/Titulo del trabajo: Asst. Teacher   Date of Hire/Fecha del empleo: 6/07
Weekly salary/Salario semanal: _____   Social Security No./Numero de Seguro Social: _____

## DC 1707, AFSCME, AFL-CIO

(1)

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Haggly Linares
Phone/Telefono: (347) 567-3857
Street/Calle: 3016 Barkley Ave
E-Mail/Correo Electrónico: haggie2890@hotmail.com
City/Ciudad: Bronx
State/Estado: NY
Zip/Zona Postal: 10465

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/24/10
Signature/Firma: [signature]
Agency/Agencia: PreSchool of America
Location of work/Lugar trabajo: 1501 Lexington Ave. NYC, NY
Job title/Titulo del trabajo: Ass. Teacher
Date of Hire/Fecha del empleo: 9/1/09
Weekly salary/Salario semanal: ——
Social Security No./Numero de Seguro Social: ——

**Application for Union Membership**
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
**1-800-223-1707** (Outside New York City)

---

## DC 1707, AFSCME, AFL-CIO

(5)

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Clarissa Rivera
Phone/Telefono: 212-996-7688
Street/Calle: 1536 Lex Ave Apt 8F
E-Mail/Correo Electrónico: riveraclar3782@yahoo.com
City/Ciudad: New york
State/Estado: N.Y.
Zip/Zona Postal: 10029

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: May 24, 2010
Signature/Firma: Clarissa Rivera
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: Lexington Location
Job title/Titulo del trabajo: Assistant Teacher
Date of Hire/Fecha del empleo: 7/25/05
Weekly salary/Salario semanal: [redacted]
Social Security No./Numero de Seguro Social: [redacted]

**Application for Union Membership**
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
**1-800-223-1707** (Outside New York City)

## DC 1707, AFSCME, AFL-CIO

*(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial*

- Name/Nombre: Kathrine Irizarry
- Phone/Telefono: 917 319 5057
- Street/Calle: 640 east 137 st
- E-Mail/Correo Electrónico: K.Irizarry26@yahoo.com
- City/Ciudad: Bronx
- State/Estado: NY
- Zip/Zona Postal: 10454

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

- Date/Fecha: 6/2/10
- Signature/Firma: Kathrine Irizarry
- Agency/Agencia: Preschool of America
- Location of work/Lugar trabajo: 1501 Lexington Ave
- Job title/Titulo del trabajo: Floater
- Date of Hire/Fecha del empleo: ___
- Weekly salary/Salario semanal: ___
- Social Security No./Numero de Seguro Social: ___

*Application for Union Membership — DC 1707, AFSCME, AFL-CIO — 75 Varick Street, New York, NY 10013 — (212) 219-0022 — 1-800-223-1707 (Outside New York City)*

---

## DC 1707, AFSCME, AFL-CIO

*(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial*

- Name/Nombre: Veronica Jean
- Phone/Telefono: (347) 495 0691
- Street/Calle: 93-39 210 Pl
- E-Mail/Correo Electrónico: ___
- City/Ciudad: Queens
- State/Estado: NY
- Zip/Zona Postal: 11428

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

- Date/Fecha: July 12/10
- Signature/Firma: ___
- Agency/Agencia: POA Lexington
- Location of work/Lugar trabajo: Preschool of America
- Job title/Titulo del trabajo: Childcare Provider
- Date of Hire/Fecha del empleo: Jun-14-10
- Weekly salary/Salario semanal: ___
- Social Security No./Numero de Seguro Social: ___

*Application for Union Membership — DC 1707, AFSCME, AFL-CIO — 75 Varick Street, New York, NY 10013 — (212) 219-0022 — 1-800-223-1707 (Outside New York City)*

**DC 1707, AFSCME, AFL-CIO**

(4)

*Application for Union Membership*
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
**1-800-223-1707** (Outside New York City)

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Reina Peralta   Phone/Telefono: 347-655-6302
Street/Calle: 1182 Lebanon st 3HA   E-Mail/Correo Electrónico: Reina1003@Hotmail.com
City/Ciudad: Bronx   State/Estado: NY   Zip/Zona Postal: 10460

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/24/2010   Signature/Firma: [signed]
Agency/Agencia: Preschool of America lexington
Location of work/Lugar trabajo: 1501 lexington
Job title/Titulo del trabajo: teacher   Date of Hire/Fecha del empleo: 7/18
Weekly salary/Salario semanal: ___   Social Security No./Numero de Seguro Social: ___