## DC 1707, AFSCME, AFL-CIO

(3)

(Please Print/Imprima Por Favor) All information is confidential/Esta información es confidencial

Name/Nombre: Celia Maldonado
Phone/Telefono: 718-564-3285
Street/Calle: 1011 Carroll Apt. 5A
E-Mail/Correo Electrónico: CeliaM.Maldonado@gmail.com
City/Ciudad: Bx
State/Estado: NY
Zip/Zona Postal: 10456

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/24/10
Signature/Firma: Celia Maldonado
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 1501 Lexington Ave
Job title/Titulo del trabajo: Head Teacher
Date of Hire/Fecha del empleo: 1/3/09
Weekly salary/Salario semanal: _____
Social Security No./Numero de Seguro Social: _____

Application for Union Membership
DC 1707, AFSCME, AFL-CIO
75 Varick Street, New York, NY 10013
(212) 219-0022
1-800-223-1707 (Outside New York City)

---

## DC 1707, AFSCME, AFL-CIO

(8)

(Please Print/Imprima Por Favor) All information is confidential/Esta información es confidencial

Name/Nombre: Diana Riopedre
Phone/Telefono: (718)344-1955
Street/Calle: 65-15 38th Ave Apt.3E
E-Mail/Correo Electrónico: Dianapr-chulita@hotmail.com
City/Ciudad: Woodside
State/Estado: NY
Zip/Zona Postal: 11377

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/24/10
Signature/Firma: Diana Riopedre
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 1501 Lexington Ave NY, NY 10029
Job title/Titulo del trabajo: Head Teacher
Date of Hire/Fecha del empleo: 9/04/07
Weekly salary/Salario semanal: _____
Social Security No./Numero de Seguro Social: _____

---

## DC 1707, AFSCME, AFL-CIO

(2)

(Please Print/Imprima Por Favor) All information is confidential/Esta información es confidencial

Name/Nombre: Dianna DeLeon
Phone/Telefono: 917-287-1087
Street/Calle: 210 Roebling St. #14
E-Mail/Correo Electrónico: Brooklyndianna@yahoo.com
City/Ciudad: Brooklyn
State/Estado: NY
Zip/Zona Postal: 11211

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/24/10
Signature/Firma: Dianna DeLeon
Agency/Agencia: Pre-school of America
Location of work/Lugar trabajo: 1501 Lexington Ave
Job title/Titulo del trabajo: Head teacher
Date of Hire/Fecha del empleo: _____

## DC 1707, AFSCME, AFL-CIO

⑥

*Application for Union Membership — DC 1707, AFSCME, AFL-CIO, 75 Varick Street, New York, NY 10013 — (212) 219-0022 — 1-800-223-1707 (Outside New York City)*

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Zoila De Las Nueces
Phone/Telefono: 646-206-7168
Street/Calle: 67 Elliot Street
E-Mail/Correo Electrónico: Zoila928@gmail.com
City/Ciudad: Passaic
State/Estado: NJ
Zip/Zona Postal: 07055

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5/24/10
Signature/Firma: Zoila de las nueces
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: Lexington location
Job title/Titulo del trabajo: Head teacher
Date of Hire/Fecha del empleo: May 2006
Weekly salary/Salario semanal: X
Social Security No./Numero de Seguro Social: X

---

## DC 1707, AFSCME, AFL-CIO

⑪

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Jenisse Santiago
Phone/Telefono: 917-861-7263
Street/Calle: 33-27
E-Mail/Correo Electrónico: Jenisse22@aol.com
City/Ciudad: Jackson Heights
State/Estado: NY
Zip/Zona Postal: 11372

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 5-24-10
Signature/Firma: Jenisse Santiago
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 1501 Lexington Ave. NY, NY
Job title/Titulo del trabajo: Head Teacher
Date of Hire/Fecha del empleo: 4/2009
Weekly salary/Salario semanal: —
Social Security No./Numero de Seguro Social: —

---

## DC 1707, AFSCME, AFL-CIO

⑦

(Please Print/Imprima Por Favor)   All information is confidential/Esta información es confidencial

Name/Nombre: Lorraine Aguirre
Phone/Telefono: (347) 703-9950
Street/Calle: 8552 106 Street
E-Mail/Correo Electrónico: nayanie1020@yahoo.com
City/Ciudad: Richmond Hill
State/Estado: N.Y.
Zip/Zona Postal: 11418

I hereby request and accept membership in the above named union, and of my own free will authorize it, their agents or representatives to act for me as a collective bargaining agent in all matters pertaining to pay rates, wages, hours of employment and other conditions of employment.

Date/Fecha: 6/23/10
Signature/Firma: Lorraine Aguirre
Agency/Agencia: Preschool of America
Location of work/Lugar trabajo: 1501 Lexington Ave N.Y. 10029
Job title/Titulo del trabajo: Head Teacher
Date of Hire/Fecha del empleo: 9/11/2006
Weekly salary/Salario semanal: —
Social Security No./Numero de Seguro Social: —